IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL LEE SIEBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RICHARD ALLEN, Commissioner, ) | |
| Alabama Department of Corrections, ) | |
| ) | |
| GRANTT CULLIVER, Warden, ) | Case No.: 2:07-CV-295-MEF |
| Holman Correctional Facility, and ) | |
| ) | |
| OTHER UNKNOWN EMPLOYEES ) | |
| AND AGENTS, ) | |
| Alabama Department of Corrections, ) | |
| ) | |
| Individually, and in their ) | |
| official capacities, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO PROCEED IN FORMA PAUPERIS

Petitioner, Daniel Lee Siebert, respectfully moves this Court, pursuant to 28 U.S.C. § 1915, for leave to proceed in this matter in forma pauperis, without prepayment of costs or fees. In support of this motion, Mr. Siebert states the following:

1.  This Court declared Mr. Siebert indigent and permitted him to proceed in forma pauperis in the recent related case of Siebert v. Campbell, No. 3:01-CV-01097-WHA-VPM (M.D. Ala. 2005), Doc. 4. In addition, Mr. Siebert proceeded in forma pauperis on appeal from this Court at the Eleventh Circuit Court of Appeals and at the United States Supreme Court. Since his appeal ended earlier this year, Mr. Siebert's financial status has not

changed.

2. Undersigned counsel currently is attempting to obtain a statement of Mr. Siebert's prison account from Holman Correctional Facility. As soon as counsel receives the account statement, counsel will file it with the Court along with an affidavit from Mr. Siebert swearing that he is indigent.

For these reasons, Mr. Siebert respectfully requests that the Court grant him leave to proceed in this matter in forma pauperis, without prepayment of costs or fees.

Dated: April 9, 2007.

                                        Respectfully submitted,

*Anne E. Borelli*
ANNE E. BORELLI
Federal Defenders
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: anne_borelli@fd.org
AL Bar Code: BOR-016

Thomas M. Goggans
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery, AL 361056
Phone: 334-834-2511
Fax: (334) 834-2512
E-mail: tgoggans@tgoggans.com

Counsel for Daniel Lee Siebert, Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL LEE SIEBERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RICHARD ALLEN, Commissioner, | ) |
| Alabama Department of Corrections, | ) |
| | ) |
| GRANTT CULLIVER, Warden, | ) |
| Holman Correctional Facility, and | )   Case No.: |
| | ) |
| OTHER UNKNOWN EMPLOYEES | ) |
| AND AGENTS, | ) |
| Alabama Department of Corrections, | ) |
| | ) |
| Individually, and in their | ) |
| official capacities, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2007, I served a copy of this motion by first-class mail on each of the following:

Richard Allen
Commissioner
Alabama Department of Corrections
3001 S. Ripley St.
P.O. Box 301501
Montgomery, AL 36130-1501

Grantt Culliver
Warden
Holman Prison

Holman 3700
Atmore, AL 36503-3700

          Respectfully submitted,

          *Anne E. Borelli*
          ANNE E. BORELLI
          Assistant Federal Defender
          201 Monroe Street, Suite 407
          Montgomery, Alabama 36104
          Phone: (334) 834-2099
          Fax: (334) 834-0353
          E-mail: anne_borelli@fd.org
          AL Bar Code: BOR 016

          */s/ TMG*
          Thomas M. Goggans
          Ala. S.J.I.S. GOG001
          2030 East Second Street
          Montgomery, AL 361056
          Phone: 334-834-2511
          Fax: (334) 834-2512
          E-mail: tgoggans@tgoggans.com