IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL LEE SIEBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RICHARD ALLEN, Commissioner, ) | |
| Alabama Department of Corrections, ) | |
| ) | |
| GRANTT CULLIVER, Warden, ) | |
| Holman Correctional Facility, and ) | Case No.: 2:07-cv-295-MEF-WC |
| ) | |
| OTHER UNKNOWN EMPLOYEES ) | |
| AND AGENTS, ) | |
| Alabama Department of Corrections, ) | |
| ) | |
| Individually, and in their ) | |
| official capacities, ) | |
| ) | |
| Defendants. ) | |

RECEIVED
2007 APR 26  A 10: 36

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## NOTICE OF CORRECTED MOTION TO PROCEED
## IN FORMA PAUPERIS

Petitioner, Daniel Lee Siebert, respectfully submits the attached verified declaration of indigency and statement of inmate account in support of his motion to proceed in forma pauperis (Doc. #2) in conformance with this Court's Order of April 17, 2007 (Doc. # 3). Mr. Siebert moves this Court, pursuant to 28 U.S.C. § 1915, for leave to proceed in this matter in forma pauperis, without prepayment of costs or fees. In support of this motion, Mr. Siebert states the following:

1.     This Court declared Mr. Siebert indigent and permitted him to proceed in forma

pauperis in the recent related case of Siebert v. Campbell, No. 3:01-CV-01097-WHA-VPM (M.D. Ala. 2005) (Doc. #4).

2. In addition, Mr. Siebert proceeded in forma pauperis on appeal from this Court at the Eleventh Circuit Court of Appeals and at the United States Supreme Court. Since his appeal ended earlier this year, Mr. Siebert's financial status has not changed.

For these reasons, Mr. Siebert respectfully requests that the Court grant him leave to proceed in this matter in forma pauperis, without prepayment of costs or fees.

Dated: April 26, 2007.

Respectfully submitted,

*Anne E. Borelli*
ANNE E. BORELLI
Federal Defenders
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: anne_borelli@fd.org
AL Bar Code: BOR-016

Thomas M. Goggans
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery, AL 361056
Phone: 334-834-2511
Fax: (334) 834-2512
E-mail: tgoggans@tgoggans.com

Counsel for Daniel Lee Siebert, Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL LEE SIEBERT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD ALLEN, Commissioner, )<br>Alabama Department of Corrections, )<br>)<br>GRANTT CULLIVER, Warden, )<br>Holman Correctional Facility, and )<br>)<br>OTHER UNKNOWN EMPLOYEES )<br>AND AGENTS, )<br>Alabama Department of Corrections, )<br>)<br>Individually, and in their )<br>official capacities, )<br>)<br>Defendants. ) | Case No.: 2:07-cv-295-MEF-WC |

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2007, I served a copy of this motion by first-class mail on each of the following:

Richard Allen
Commissioner
Alabama Department of Corrections
3001 S. Ripley St.
P.O. Box 301501
Montgomery, AL 36130-1501

Grantt Culliver
Warden
Holman Prison

Holman 3700
Atmore, AL 36503-3700

        Respectfully submitted,

        *Anne E. Borelli*
        ANNE E. BORELLI
        Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail: anne_borelli@fd.org
        AL Bar Code: BOR 016

        Thomas M. Goggans
        Ala. S.J.I.S. GOG001
        2030 East Second Street
        Montgomery, AL 361056
        Phone: 334-834-2511
        Fax: (334) 834-2512
        E-mail: tgoggans@tgoggans.com

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL LEE SIEBERT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD ALLEN, Commissioner, )<br>Alabama Department of Corrections, )<br>)<br>GRANTT CULLIVER, Warden, )<br>Holman Correctional Facility, and )<br>)<br>OTHER UNKNOWN EMPLOYEES )<br>AND AGENTS, )<br>Alabama Department of Corrections, )<br>)<br>Individually, and in their )<br>official capacities, )<br>)<br>Defendants. ) | Case No.: 2:07-CV-295-MEF-WC |

## DECLARATION IN SUPPORT OF MOTION
## TO PROCEED IN FORMA PAUPERIS

I, Daniel Lee Siebert, declare that I am the petitioner in the above-entitled case; that, in support of the motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefor; and that I believe that I am entitled to redress.

1. I am not presently employed and have not been employed since my incarceration in 1986, nor am I married.

2. In the past twelve months, I have received no money from any employment,

no rent payments, no interest or dividends, and no pensions, annuities or life insurance payments, no alimony or child support, no retirement funds, no disability payments, no unemployment payments, and no public assistance.

    3.    The sum total of any cash or savings in my prison account is reflected in the attached Certificate of Account. I have no other cash in any financial institution.

    4.    I own no assets, no money is owed to me, no one is dependent on me for support, and I do not expect any major changes to my monthly income or assets in the next twelve months.

    5.    I have not paid nor will I be paying an attorney or any other administrative assistant any money for services in connection with this case.

My legal residence is at Holman Correctional Facility, Holman 3700, Atmore, Alabama 36503. I declare under penalty of perjury that the foregoing is true and correct. Executed on April _10_, 2007.

                                                         */s/ Daniel Siebert*
                                                         Daniel Lee Siebert

Sworn to and subscribed before me on this _10TH_ day of April 2007.
    /s/ Charlie Portis
My Commission Expires May 3, 2010
_____
Notary Public

My commission expires on _____.

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, § 804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include **both** the total deposits made to the prisoner's account each and every month for the preceding six months **and** the average monthly balance in the account each and every month during the preceding six months. Information for six **full months** must be provided.

## CERTIFICATION

I hereby certify that prisoner __Danial Lee Siebert 2-475__ has been incarcerated in this institution since __March 27__, __1987__, and that he has the sum of $ __2.29__ in his prison or jail trust account on this the __20th__ day of __April 2007__. I further certify that the information provided below is true and correct.

| | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | Oct 06' | $ 150.00 | $ 12.29 |
| Month 2 | Nov 06' | 102.00 | 51.90 |
| Month 3 | Dec 06' | 150.00 | 88.67 |
| Month 4 | Jan 07' | 0.00 | 62.57 |
| Month 5 | Feb 07' | 75.00 | 24.41 |
| Month 6 | March 07' | 100.00 | 11.80 |
| Current month (If less than full month) | April 07' | 0.00 | 35.60 |

_____
Signature of Authorized Officer of Institution

__Holman Correctional Facility__
Name of Institution

```
                        STATE OF ALABAMA
                     DEPARTMENT OF CORRECTIONS
                    HOLMAN CORRECTIONAL FACILITY


AIS #: 00Z475      NAME: SIEBERT, DANIAL LEE           AS OF: 04/20/2007

                    # OF       AVG DAILY        MONTHLY
         MONTH      DAYS        BALANCE         DEPOSITS
--------------------------------------------------------------------------

          APR        10         $6.85            $0.00
          MAY        31         $0.86            $0.00
          JUN        30         $2.75           $40.00
          JUL        31        $29.75          $160.00
          AUG        31        $34.85           $50.00
          SEP        30        $21.54          $100.00
          OCT        31        $12.29          $150.00
          NOV        30        $51.90          $102.00
          DEC        31        $88.67          $150.00
          JAN        31        $62.57            $0.00
          FEB        28        $24.41           $75.00
          MAR        31        $11.80          $100.00
          APR        20        $35.60            $0.00
```