AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Alabama

Daniel Lee Siebert
Plaintiff,

V.

**SUMMONS IN A CIVIL CASE**

Richard Allen, et al.
Defendant.

CASE NUMBER: 2:07cv295-MEF

TO: (Name and address of Defendant)

Richard Allen
Commissioner
Alabama Department of Corrections
P. O. Box 301501
Montgomery, AL 36130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Anne Elisabeth Borelli
Federal Defenders
201 Monroe Street
Suite 407
Montgomery, AL 36104

Thomas Goggans
2030 East Second Street
Montgomery, AL 36106

an answer to the complaint which is served on you with this summons, within  (20) twenty  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DEBRA P. HACKETT, Clerk

CLERK

(By) DEPUTY CLERK

DATE   May 16, 2007

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                Date              *Signature of Server*

                                            _____
                                              *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.