# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| DANIEL LEE SIEBERT, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | ) Case No: 2:07-cv-295-MEF-WC |
| | ) |
| RICHARD ALLEN, | ) |
| Commissioner of the Alabama | ) |
| Department of Corrections, et al., | ) |
| | ) |
|    Defendants. | ) |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

Defendant Richard Allen, through counsel, respectfully requests an enlargement of 14 days to file defendants' response to plaintiff's complaint. See *Doc 1*. In support, the defendants submit the following:

1.    On April 9, 2007, plaintiff filed a 42 U.S.C. § 1983 complaint (see *Doc 1*) and service was received on May 17, 2007. See *Doc 8*. Defendants' response is presently due June 6, 2007. An enlargement of time is respectfully requested to permit adequate time for defendants to answer petitioner's filings.

2.    Undersigned counsel has several deadlines in capital murder appeals that necessitate a request for additional time. Undersigned counsel presently has the following assignments:

a. <u>Barbour v. Allen</u>, 2:01-cv-00612-MHT-SRW
   Response due in U.S. District Court (M.D.)
   on June 7 2007.

b. <u>Stephens v. Haley</u>, 1:01-cv-00257-CG-B
   Response due in U.S. District Court (S.D.)
   on June 15, 2007.

c. <u>Grayson v. Allen</u>, 07-12364-P
   Brief due in 11th Circuit
   on June 18, 2007

d. <u>Williams v. Allen</u>, 07-11393-P
   Brief due in 11th Circuit
   on June 27, 2007

Undersigned counsel respectfully requests additional time because of the above-listed cases.

WHEREFORE, for the foregoing reasons, defendants respectfully request an additional 14 days to prepare its response to the relevant documents.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL


/s/ J. Clayton Crenshaw
J. CLAYTON CRENSHAW (CRE007)
ASSISTANT ATTORNEY GENERAL

2

# **CERTIFICATE OF SERVICE**

This is to certify that on the 5th day of June, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following: **Anne E. Borelli and Thomas M. Goggans**.

                                                /s/   J. Clayton Crenshaw
                                                J. CLAYTON CRENSHAW
                                                ASSISTANT ATTORNEY GENERAL

ADDRESS OF COUNSEL:

Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL  36130
(334) 242-7423 Office
(334) 353-3637 Fax
Email:  ccrenshaw@ago.state.al.us

3