IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL LEE SIEBERT, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:07-cv-295-MEF |
| | ) |
| RICHARD ALLEN, *et al.,* | ) |
| | ) |
|     Defendant. | ) |

## **O R D E R**

Upon consideration of defendants' Motion for Extension of Time to File Answer (Doc. #9) filed on June 5, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 6th day of June, 2007.

                                                  /s/ Mark E. Fuller
                                          CHIEF UNITED STATES DISTRICT JUDGE