**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| DANIEL LEE SIEBERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No: 2:07-cv-295-MEF-WC |
| | ) | |
| RICHARD ALLEN, | ) | |
| Commissioner of the Alabama | ) | |
| Department of Corrections, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

COMES NOW the undersigned, Jasper B. Roberts, Jr., and enters his appearance as counsel for the Defendants in the above-styled cause.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL

/s/ Jasper B. Roberts, Jr.
JASPER B. ROBERTS, JR. (ROB157)
ASSISTANT ATTORNEY GENERAL

**CERTIFICATE OF SERVICE**

This is to certify that on the 6th day of June, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following: **Anne E. Borelli and Thomas M. Goggans**.

/s/ Jasper B. Roberts, Jr.
JASPER B. ROBERTS, JR.
ASSISTANT ATTORNEY GENERAL

ADDRESS OF COUNSEL:

Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130
(334) 353-4848 Office
(334) 353-3637 Fax
Email: jroberts@ago.state.al.us