## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| DANIEL LEE SIEBERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No: 2:07-cv-295-MEF-WC |
| | ) |
| RICHARD ALLEN, | ) |
| Commissioner of the Alabama | ) |
| Department of Corrections, et al., | ) |
| | ) |
| Defendants. | ) |

## **NOTICE OF APPEARANCE**

COMES NOW the undersigned, Corey L. Maze, and enters his appearance as counsel for the Defendants in the above-styled cause.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL


/s/ Corey L. Maze
COREY L. MAZE (MAZ003)
ASSISTANT ATTORNEY GENERAL

## **CERTIFICATE OF SERVICE**

This is to certify that on the 18th day of June, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following: **Anne E. Borelli and Thomas M. Goggans**.

/s/  Corey L. Maze
COREY L. MAZE
ASSISTANT ATTORNEY GENERAL

ADDRESS OF COUNSEL:

Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL  36130
(334) 353-4336 Office
(334) 353-3637 Fax
Email:  cmaze@ago.state.al.us