IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL LEE SIEBERT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-295-MEF |
| ) | |
| RICHARD ALLEN, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of defendants' Motion to Dismiss (Doc. #13) filed on June 18, 2007, it is hereby ORDERED:

1. That the plaintiff file a response which shall include a brief and any evidentiary materials on or before July 10, 2007.

2. That the defendants may file a reply brief on or before July 17, 2007.

DONE this the 19th day of June, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE