IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

Daniel Lee Siebert
_____, )
                           )
         Plaintiff,        )
                           )
v.                         )    CASE NO. 2:07cv295-MEF-WC
                           )             _____
Richard Allen, et al.      )
_____, )
                           )
         Defendants,       )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Richard Allen, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

■ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party
Alabama Dept. of Corrections         Commissioner
_____        _____

_____        _____

_____        _____

_____        _____
6/20/2007                            /s/ J. Clayton Crenshaw
_____        _____
         Date                        (Signature)

                                     J. Clayton Crenshaw
                                     _____
                                     (Counsel's Name)

                                     Richard Allen, Grantt Culliver
                                     _____
                                     Counsel for (print names of all parties)
                                     11 South Union Street
                                     _____
                                     Montgomery, AL 36130
                                     _____
                                     Address, City, State Zip Code
                                     (334) 242-7423
                                     _____
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_Northern_ DIVISION

## CERTIFICATE OF SERVICE

I, J. Clayton Crenshaw                              , do hereby Certify that a true and correct copy
of the foregoing has been furnished by CM/ECF System                    (manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this 20th    day of June           20 07, to:

Anne E. Borelli and Thomas M. Goggans

_____

_____

_____

_____

_____


6/20/2007                                    /s/ J. Clayton Crenshaw
_____                    _____
Date                                              Signature