IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL LEE SIEBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No: 2:07-cv-295-MEF-WC |
| ) | |
| RICHARD ALLEN, ) | |
| Commissioner of the Alabama ) | |
| Department of Corrections, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' NOTICE OF FILING**

Defendants, through counsel, hereby give notice that the Alabama Supreme Court has set October 25, 2007, as the execution date for Daniel Lee Siebert. That order, which is filed with this notice, was entered on July 30, 2007.

Respectfully submitted,

Troy King
*Alabama Attorney General*

/s/ J. Clayton Crenshaw
J. Clayton Crenshaw (CRE007)
James W. Davis (DAV103)
Corey L. Maze (MAZ003)
Jasper B. Roberts, Jr. (ROB157)
*Assistant Attorneys General*

## CERTIFICATE OF SERVICE

This is to certify that on the 2nd day of August, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:  **Anne E. Borelli and Thomas M. Goggans**.

/s/   J. Clayton Crenshaw
J. Clayton Crenshaw
Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL  36130
(334) 242-7300 Office
(334) 353-3637 Fax
Email:   ccrenshaw@ago.state.al.us
            jimdavis@ago.state.al.us
            cmaze@ago.state.al.us
            jroberts@ago.state.al.us

2

IN THE SUPREME COURT OF ALABAMA
July 30, 2007

1881329
Ex parte Danial L. Siebert   (In re: Danial L. Siebert v. State of Alabama)   (Lee Circuit Court: CC-87-371; Criminal Appeals : 5 Div. 383).

ORDER

The State of Alabama having filed a motion to set an execution date, and the same having been submitted and duly considered by the Court, it is considered that the motion to set an execution date is due to be granted.

IT IS NOW ORDERED that October 25, 2007, be fixed as the date for the execution of the convict, Danial L. Siebert, who is now confined in the William C. Holman Unit of the Prison System at Atmore, Alabama.

IT IS, THEREFORE, ORDERED that the Warden of the William C. Holman Unit of the prison system at Atmore in Escambia County, Alabama, execute the order, judgment and sentence of law on October 25, 2007, in the William C. Holman Unit of the prison system, by the means provided by law, causing the death of such convict.

IT IS FURTHER ORDERED that the Marshal of this Court shall deliver, within five (5) days from this date, a certified copy of this order to the Warden of the William C. Holman Unit of the prison system at Atmore, in Escambia County, Alabama, and make due return thereon to this Court.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit forthwith a certified copy of this order to the following:  the Governor of Alabama, the Clerk of the Court of Criminal Appeals, the Attorney General of Alabama, the Commissioner of the Alabama Department of Corrections, the attorney of record for Danial L. Siebert and the Clerk of the Circuit Court of Lee County, Alabama by United States mail, postage prepaid.

IT IS FURTHER ORDERED that the Attorney General of Alabama is directed, forthwith, to notify the United States District Court for the Middle District of Alabama of this order.

I, Robert G. Esdale, Clerk of the Supreme Court of Alabama, do hereby certify the foregoing is a full, true and correct copy of the judgment and order of the Supreme Court of Alabama directing the execution of the death sentence of Danial L. Siebert as the same appears of record in this Court.

Given under my hand and the seal of this Court on this date, July 30, 2007.



Robert G. Esdale
Clerk
Supreme Court of Alabama