IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DANIEL LEE SIEBERT,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:07-cv-00295-MEF-CW |
| | ) |
| **RICHARD ALLEN, et al.,** | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO DISMISS SIEBERT'S
<u>AMENDED COMPLAINT</u>**

On July 19, 2007, Plaintiff Daniel Lee Siebert filed an amended complaint brought under 42 U.S.C. § 1983. The defendants have previously filed a motion to dismiss Siebert's original complaint, and hereby move to dismiss Siebert's amended complaint. As grounds for such dismissal, defendants incorporate by reference Docs. 13 and 20.

Respectfully submitted,

**Troy King (KIN047)
Attorney General
By:**

/s/ J. Clayton Crenshaw
J. Clayton Crenshaw  (CRE007)
James W. Davis  (DAV103)
Corey L. Maze (MAZ003)
Jasper B. Roberts, Jr. (ROB157)
*Assistant Attorneys General*

## **CERTIFICATE OF SERVICE**

This is to certify that on the 6th day of August, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following: **Anne E. Borelli and Thomas M. Goggans.**

/s/ J. Clayton Crenshaw
J. Clayton Crenshaw  (CRE007)
*Assistant Attorney General*

OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300
(334) 353-8440 Fax
Email:  ccrenshaw@ago.state.al.us
jimdavis@ago.state.al.us
cmaze@ago.state.al.us
jroberts@ago.state.al.us