IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL LEE SIEBERT, | ) |
|     PLAINTIFF, | ) |
| v. | ) CASE NO. 2:07-cv-295-MEF-WC |
| RICHARD ALLEN, et al, | ) |
|     DEFENDANTS. | ) |

# **ORDER**

In light of the filing of the Amended Complaint (Doc. # 21) and Defendants' Motion to Dismiss Siebert's Amended Complaint (Doc. # 24), which incorporates by reference the arguments made in the Defendants' submissions relating to Defendants' Motion to Dismiss, it is hereby ORDERED as follows:

1. Defendants' Motion to Dismiss (Doc. # 13), which was directed at the original Complaint, is DENIED as MOOT.

2. To the extent that Plaintiff wishes to file additional argument in opposition to the Defendants' Motion to Dismiss Siebert's Amended Complaint, the Plaintiff shall his response on or before August 22, 2007.

3. That the defendants shall file a reply, if any, before on or before August 29, 2007.

DONE this the 9th day of August, 2007.

                                                /s/ Mark E. Fuller
                                         CHIEF UNITED STATES DISTRICT JUDGE