```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000242
Cashier ID: khaynes
Transaction Date: 08/28/2007
Payer Name: HOLMAN CORR FACILITY
----------------------------------
PLRA CIVIL FILING FEE
 For: DANIEL LEE SIEBERT
 Case/Party: D-ALM-2-07-CV-000295-001
 Amount:         $23.00
----------------------------------
CHECK
 Check/Money Order Num: 22791
 Amt Tendered:  $23.00
----------------------------------
Total Due:      $23.00
Total Tendered: $23.00
Change Amt:     $0.00
```