IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DANIEL LEE SIEBERT,                   )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )
                                      )
RICHARD ALLEN, Commissioner,          )
Alabama Department of Corrections,    )
                                      )
GRANTT CULLIVER, Warden,              )
Holman Correctional Facility, and     )    Case No.: 2:07-cv-295-MEF-WC
                                      )
OTHER UNKNOWN EMPLOYEES               )
AND AGENTS,                           )
Alabama Department of Corrections,    )
                                      )
Individually, and in their            )
official capacities,                  )
                                      )
        Defendants.                   )

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REPLY
TO PLAINTIFF'S REPONSE TO DEFENDANTS' ANSWER
AND SECOND MOTION TO DISMISS**

Comes now the Plaintiff, Daniel Lee Siebert, by and through undersigned counsel, and

requests permission of this Court to submit the following clarifications in response to the

Defendants' Reply to the Plaintiff's Response to the Defendants' Motion to Dismiss the

Plaintiff's Amended Complaint (Doc. # 28):

        1.    None of the cases cited by the Defendants in paragraph 1 stand for the

proposition that Mr. Siebert has failed to state a claim. On the contrary, *Nelson v. Campbell*,

1

541 U.S. 637 (2004), and *Hill v. McDonough*, 126 S. Ct. 2096 (2006), stand for the opposite: that the claims Mr. Siebert has raised are viable and cognizable in a Section 1983 action.

2.    The Defendants still have not explained how the defense of laches applies either to Mr. Siebert's claim under *Nelson* or to the *Hill* claim respecting his Northern District sentence.  As stated in his Amended Complaint, Mr. Siebert's claim under *Nelson* did not arise until late May 2007.  (Doc. # 21 at p. 6, ¶ 20.)  Furthermore, the binding precedent cited by the Defendants also weighs against them with regard to the timeliness of his *Hill* claim respecting his Northern District sentence.  The Eleventh Circuit has held that a *Hill* claim is too late if the suit is filed after that court denies relief.  *Jones v. Allen*, 485 F.3d 635, 639 n.2 (11th Cir. 2007).  As previously stated, Mr. Siebert's Northern District case is presently pending before the United States Supreme Court on petition for writ of certiorari filed by the State of Alabama.  (Doc. # 21 at pp. 4-5, ¶ 15.)  Mr. Siebert has not been denied relief by the Eleventh Circuit in that case; thus, his *Hill* claim arising from the Northern District sentence is not barred by laches.

3.    As previously reported to this Court, any lack of specificity with respect to Mr. Siebert's *Nelson* claim is attributable to the Defendants.  (Doc. # 26 at pp. 3-4, ¶¶ 4-5.) Despite Mr. Siebert's statement in his Response that an update of his medical records has not been supplied to his counsel (*id.*) and his letter to the Department of Corrections requesting the same (*id.*, Exhibit A), counsel still has not received updated records.  Counsel contacted the Department of Corrections concerning this failure to respond to his request on August

29, 2007.  The Department of Corrections spokesperson promised delivery by Friday, August 31.  However, updated records were not delivered on that date.

4.       Dr. Lyrene's letter, attached as Exhibit A to the Defendants' Reply (Doc. # 28), is dated August 28, 2007, postdating Mr. Siebert's last filing on August 22 (Doc. # 26).  This letter was not provided to Mr. Siebert nor was he informed fully of its contents prior to the Defendants' filing it in this Court.  The letter, however, indicates that the progress of his disease is likely to be rapid and that the foreseeable complications are many and dire.

5.       The Defendants' assertion that Mr. Siebert has refused treatment is an inaccurate statement of the facts.  (Doc. # 28 at p. 3, ¶ 3.)  Mr. Siebert has already undergone two biopsies.  The second, performed on July 30, 2007, was extremely invasive.  An incision was made across the full width of Mr. Siebert's abdomen.  On information and belief, Mr. Siebert is still equipped with a colostomy bag as a result of that procedure.  Given the low rate of cure and invasiveness of available surgeries, Mr. Siebert has declined to undergo any further procedures of this sort.  Additionally, Mr. Siebert has signed a "do-not-resuscitate" waiver of extraordinary procedures to revive him, should he suffer a collapse.  However, Mr. Siebert has not refused treatment, as the Defendants contend.  As Dr. Lyrene's letter makes clear, pancreatic cancer is one of the most painful and fast-acting of cancers.  (Doc. # 28, Exhibit A at p. 1.)  Mr. Siebert is currently being treated with morphine supplied through the duragesic patch mentioned in the letter.  (*Id.* at p. 2.)  The letter also notes that Mr. Siebert is presently on a liquid diet and has been prescribed medication for nausea.  (*Id.*)  Mr. Siebert

expects comprehensive palliative care to control the pain of his disease and any of its complications. Anything less will itself constitute a violation of his Eighth Amendment right to protection from cruel and unusual punishment.

6.    Finally, Mr. Siebert included an explanation of the dependency of his Middle District death sentence on his Northern District conviction in his Response to the Defendants' Motion to Dismiss in order to inform this Court of grounds for a stay which make this case distinguishable from other Section 1983 actions brought in this District. (Doc. # 26 at pp. 5-7, ¶¶ 7-12.) These facts are also addressed to the non-applicability of the laches defense raised by the Defendants, given that Mr. Siebert's death sentence in the Middle District case is still subject to attack. Mr. Siebert did not include these facts as a free-standing Section 1983 claim.

WHEREFORE, Mr. Siebert respectfully requests that this Court consider the above in ruling on the Defendants' Motion to Dismiss the Plaintiff's Amended Complaint.

Dated: August 31, 2007.

Respectfully submitted,

/s/Anne E. Borelli
ANNE E. BORELLI
AL SJIS: BOR -016
Federal Defenders
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:anne_borelli @fd.org

4

Thomas M. Goggans
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery, AL 361056
Phone: 334-834-2511
Fax: (334) 834-2512
E-mail: tgoggans@tgoggans.com

*Counsel for Daniel Lee Siebert, Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DANIEL LEE SIEBERT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **RICHARD ALLEN, Commissioner,** | ) |
| **Alabama Department of Corrections,** | ) |
| | ) |
| **GRANTT CULLIVER, Warden,** | ) |
| **Holman Correctional Facility, and** | )    **Case No.: 2:07-cv-295-MEF-WC** |
| | ) |
| **OTHER UNKNOWN EMPLOYEES** | ) |
| **AND AGENTS,** | ) |
| **Alabama Department of Corrections,** | ) |
| | ) |
| **Individually, and in their** | ) |
| **official capacities,** | ) |
| | ) |
| **Defendants.** | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to each of the following:

James Clayton Crenshaw, Esq.
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 242-7300
Fax: (334) 353-8440
Email: ccrenshaw@ago.state.al.us

James William Davis, Esq.
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 242-7300
Fax: (334) 353-8440
Email: jimdavis@ago.state.al.us

Jasper Beroufon Roberts, Jr., Esq.
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 353-4848
Fax: (334) 353-3637
Email: jroberts@ago.state.al.us

Corey Landon Maze
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 353-4336
Fax: (334) 353-3637
Email: cmaze@ago.state.al.us

Respectfully submitted,

/s/ Anne E. Borelli
ANNE E. BORELLI