# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **DANIEL LEE SIEBERT,** ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **RICHARD ALLEN, Commissioner,** ) | |
| **Alabama Department of Corrections,** ) | |
| ) | |
| **GRANTT CULLIVER, Warden,** ) | |
| **Holman Correctional Facility, and** ) | Case No.: 2:07-cv-295-MEF-WC |
| ) | |
| **OTHER UNKNOWN EMPLOYEES** ) | |
| **AND AGENTS,** ) | |
| **Alabama Department of Corrections,** ) | |
| ) | |
| **Individually, and in their** ) | |
| **official capacities,** ) | |
| ) | |
|    **Defendants.** ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE CLARIFICATION

Plaintiff, Daniel Lee Siebert, by and through undersigned counsel, hereby moves this Honorable Court for leave to file a Response (Doc. # 29) to the Defendants' Reply to Plaintiff's Response to Defendants' Answer and Second Motion to Dismiss (Doc. # 28). In support of this request, Mr. Siebert would show the following:

1.    The Defendants' filed a Reply (Doc. # 28) to Mr. Siebert's Response (Doc. # 29) on August 29, 2007.

2.    Attached to the Defendants' Reply was a letter from Dr. George Lyrene to

1

Commissioner Richard Allen concerning the health status of Mr. Siebert, dated August 28, 2007. (Doc. # 28, Exhibit A.)

    3.    The Defendants' make assertions in their Reply, purportedly based on Dr. Lyrene's letter, which are factually incorrect.

    4.    Counsel for Mr. Siebert had no advance knowledge of Dr. Lyrene's letter, had not been informed of all of its contents, and, therefore, has had no opportunity to address the information contained in it.

    5.    Additionally, Mr. Siebert wishes to bring to the attention of the Court that he cannot obtain copies of his medical records without the consent of the Defendants.

    6.    The Defendants have not provided to Mr. Siebert an update of his medical records dating beyond July 17, 2007.

    7.    Finally, in the interest of completeness, Mr. Siebert has responded briefly to the legal arguments of the Defendants in their Reply.

For the foregoing reasons, Mr. Siebert requests permission from this Court to file a Response to the Defendants' Reply.

Dated: September 4, 2007.

        Respectfully submitted,

        /s/Anne E. Borelli
        ANNE E. BORELLI
        AL SJIS: BOR -016
        Federal Defenders
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail:anne_borelli_@fd.org


        Thomas M. Goggans
        Ala. S.J.I.S. GOG001
        2030 East Second Street
        Montgomery, AL 361056
        Phone: 334-834-2511
        Fax: (334) 834-2512
        E-mail: tgoggans@tgoggans.com

        Counsel for Daniel Lee Siebert, Plaintiff

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **DANIEL LEE SIEBERT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **RICHARD ALLEN, Commissioner,** ) | |
| **Alabama Department of Corrections,** ) | |
| ) | |
| **GRANTT CULLIVER, Warden,** ) | |
| **Holman Correctional Facility, and** ) | Case No.: 2:07-cv-295-MEF-WC |
| ) | |
| **OTHER UNKNOWN EMPLOYEES** ) | |
| **AND AGENTS,** ) | |
| **Alabama Department of Corrections,** ) | |
| ) | |
| **Individually, and in their** ) | |
| **official capacities,** ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to each of the following:

James Clayton Crenshaw, Esq.
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 242-7300
Fax: (334) 353-8440
Email: ccrenshaw@ago.state.al.us

4

James William Davis, Esq.
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 242-7300
Fax: (334) 353-8440
Email: jimdavis@ago.state.al.us

Jasper Beroufon Roberts, Jr., Esq.
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 353-4848
Fax: (334) 353-3637
Email: jroberts@ago.state.al.us

Corey Landon Maze
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 353-4336
Fax: (334) 353-3637
Email: cmaze@ago.state.al.us

    Respectfully submitted,

    /s/ Anne E. Borelli
    ANNE E. BORELLI