IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL LEE SIEBERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-295-MEF |
| | ) |
| RICHARD ALLEN, *et al.,* | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of Plaintiff Daniel Lee Siebert's Motion For Physician Access (Doc. #32), filed September 26, 2007, and for good cause,

it is ORDERED that a hearing is set for **September 28, 2007 at 10:30a.m.**, in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge.

DONE this the 27th day of September, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE