IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL LEE SIEBERT, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|    v. | )   CASE NO. 2:07-cv-295-MEF |
| | ) |
| RICHARD ALLEN, *et al.,* | ) |
| | ) |
|    Defendants. | ) |

**ORDER ON MOTION**

On September 26, 2007, Plaintiff Daniel Lee Siebert (Siebert) filed a Motion for Physician Access (Doc. #32). Plaintiff seeks an order from this Court to allow access to Siebert "by a physician for purposes of a general physical examination" in order to properly present his claims, "which include potential complications between his medical condition, its treatment, and the lethal injection process as conducted by the Defendants." (Doc. #32 at 1) On September 28, 2007, this Court held a hearing on the motion. Upon consideration of the motion, the arguments put forth at the hearing, and for good cause, it is

ORDERED that Siebert's Motion for Physician Access (Doc. # 32) is hereby GRANTED. Defendants shall permit access to Siebert for private examination by a physician, who may make use of necessary medical facilities and equipment to conduct examinations in a manner not to interfere with the provision of medical services to inmates or security at Holman. For good cause, it is further

    ORDERED that Defendants will schedule such access within one week of this Order.

    DONE, this the 28th day of September 2007.

                                             /s/ Wallace Capel, Jr.
                                             WALLACE CAPEL, JR.
                                             UNITED STATES MAGISTRATE JUDGE