IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL LEE SIEBERT, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) No. 2:07-cv-295-MEF |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
|     Defendants. | ) |

**MOTION FOR EXPEDITED RULING ON OBJECTION OR, IN THE ALTERNATIVE, MOTION FOR A STAY**

On September 28, 2007, Magistrate Judge Capel entered an order which granted Siebert's motion for a general practitioner to perform a "general physical examination." See Doc. 35. The order also required that this examination take place "within one week of this Order." Id. The defendants, on the next business day, October 1, 2007, filed an objection to the Magistrate Judge's ruling. See Doc. 36. Because the relief that was granted is ordered to take place by October 5, 2007, the defendants respectfully request an expedited ruling on their objection or, in the alternative, a stay of the Magistrate Judge's ruling until the objection can be decided. If such relief is not granted, undersigned has been informed that the physical

1

examination can take place on the afternoon of October 3, 2007, at the infirmary at Holman Prison.

        Respectfully submitted,

        TROY KING
        ALABAMA ATTORNEY GENERAL

        /s/   J. Clayton Crenshaw
        J. CLAYTON CRENSHAW
        ASSISTANT ATTORNEY GENERAL

**CERTIFICATE OF SERVICE**

This is to certify that on the 3rd day of October, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following: **Anne E. Borelli and Thomas M. Goggans.**

```
                          /s/   J. Clayton Crenshaw
                          J. CLAYTON CRENSHAW
                          ASSISTANT ATTORNEY GENERAL
```

ADDRESS OF COUNSEL:

Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL  36130
(334) 242-7423 Office
(334) 353-3637 Fax
Email:  ccrenshaw@ago.state.al.us