IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL LEE SIEBERT, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-295-MEF-WC |
| | ) |
| RICHARD ALLEN, et al, | ) |
| | ) |
|     DEFENDANTS. | ) |

## **ORDER**

This cause is before the Court on Defendants' Objection to Magistrate Judge's Order Entered on September 28, 2007 (Doc. # 36). Pursuant to 28 U.S.C. § 636(b)(1)(A) and Rule 72(a) of the Federal Rules of Civil Procedure, Defendants challenge a non-dispositive ruling on a matter pertaining to discovery in this case. Specifically, Defendants challenge the September 28, 2007 Order (Doc. # 35) granting Plaintiff's Motion for Physician Access (Doc. # 32). In accordance with 28 U.S.C. § 636(b)(1)(A) and Federal Rule of Civil Procedure 72(a), this Court has reviewed the objection, the Magistrate Judge's Order, and all submissions related to that Order. This Court finds that the Magistrate Judge's Order is neither clearly erroneous, nor contrary to law. *See* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a). Therefore, Plaintiff's objection is OVERRULED.

DONE this the 3rd day of October, 2007.

                                                            /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE