IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL LEE SIEBERT, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-295-MEF-WC |
| | ) |
| RICHARD ALLEN, et al, | ) |
| | ) |
|     DEFENDANTS. | ) |

## **ORDER**

The Motion for Expedited Ruling on Objection or, in the Alternative, Motion for a Stay is DENIED as MOOT.

DONE this the 3rd day of October, 2007.

                                              /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE