## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| DANIEL LEE SIEBERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 2:07-cv-295-MEF-WC |
| RICHARD ALLEN, Commissioner, | ) |
| Ala. Dept. of Corrections, | ) |
| and GRANTT CULLIVER, Warden, | ) |
| Holman Correctional Facility | ) |
| | ) |
| Defendants. | ) |

### MOTION FOR PROTECTIVE ORDER

Defendants Richard Allen, in his official capacity as Commissioner of the Alabama Department of Corrections, and Grantt Culliver, in his official capacity as Warden of the Holman Correctional Facility ("defendants"), respectfully move this Court for a Protective Order with respect to confidential documents and information that may be at issue in this litigation. In support of this motion, defendants state as follows:

1. Daniel Siebert, a death-row inmate, filed this action pursuant to 42 U.S.C. § 1983, claiming that the procedures used by the State of Alabama in the administration of capital punishment by lethal injection are unconstitutional. Defendants have previously filed a

motion to dismiss which was granted in part and denied in part. See Doc. 39.

2. Defendants, the Alabama Department of Corrections, and the State of Alabama have a vital and compelling interest in protecting the confidentiality of the procedures and all aspects of the manner of enforcing a death sentence in the State.

3. To the extent Siebert is allowed to inquire into the identity or qualifications of persons who participate in the enforcement of death sentences, defendants have a vital and compelling interest in protecting the confidentiality of such information.

4. To protect such confidentiality, defendants request that this Court enter a protective order that will govern how such information or documents can and can not be used and disclosed. Defendants request that the Protective Order prohibit any disclosure that does not comply with such Order; that it prohibit any disclosure to the plaintiff in this action; and that it require that wherever disclosure is permitted, such as to counsel or retained experts, that such persons sign an acknowledgement expressing knowledge of the Order and an agreement to

comply with the Order.  Further, in light of the electronic filing requirements that govern other actions in this Court, defendants request that this Court enter an order similar to the order entered in another lethal-injection challenge that is pending in this District.  <u>See</u> <u>McNair v. Allen</u>, et al., 2:06-cv-695-WKW.  This proposed order has been previously submitted to this Court.  See Doc. 42.

Wherefore, for the foregoing reasons, the defendants respectfully request this Court enter a confidentiality or protective order.

    Respectfully submitted,

**TROY KING (KIN047)**
**ALABAMA ATTORNEY GENERAL**

**s/ J. Clayton Crenshaw**
J. Clayton Crenshaw  (CRE007)
Assistant Attorney General

**s/ James W. Davis**
James W. Davis  (DAV103)
Assistant Attorney General

OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300 Office
(334) 353-3637 Fax
Email: ccrenshaw@ago.state.al.us
      jimdavis@ago.state.al.us

**CERTIFICATE OF SERVICE**

This is to certify that on the 10th day of October, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:  **Anne E. Borelli and Thomas M. Goggans.**

                                            **s/   J. Clayton Crenshaw**
                                            J. Clayton Crenshaw
                                            Assistant Attorney General

OF COUNSEL:

Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL  36130
(334) 242-7300 Office
(334) 353-3637 Fax
Email: ccrenshaw@ago.state.al.us
       jimdavis@ago.state.al.us