IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL LEE SIEBERT, | ) |
| | ) |
|    PLAINTIFF, | ) |
| | ) |
| v. | )   CASE NO. 2:07-cv-295-MEF-WC |
| | ) |
| RICHARD ALLEN, et al, | ) |
| | ) |
|    DEFENDANTS. | ) |

# **ORDER**

This cause is before the Court on the Plaintiff's Emergency Motion for Preliminary Injunction to Stay Execution (Doc. # 44). In light of the filing of that motion and the discussions of various issues with the parties at a status conference on this date, it is hereby ORDERED as follows:

1. Counsel for Defendants shall confer with the Governor for the State of Alabama or an authorized representative from the Governor's Office prior to October 12, 2007 to ascertain whether the Governor intends to grant a temporary reprieve of any duration to Daniel Lee Siebert due to the ongoing process of changing the execution procedure. Counsel for Defendants shall file a notice with this Court by no later than **5:00 p.m.** on **October 12, 2007,** indicating the response received from the Governor.

2. Counsel for Defendants shall provide the Court a copy of the revised execution procedures as soon as they are finalized.

3. Counsel for Defendants shall file a response to Plaintiff's Emergency Motion for Preliminary Injunction to Stay Execution (Doc. # 44) by no later than **3:00 p.m.** on **October 17, 2007**.

4. Counsel for Plaintiff shall file a reply brief in further support of Plaintiff's Emergency Motion for Preliminary Injunction to Stay Execution (Doc. # 44) by no later than **11:00 p.m.** on **October 19, 2007**.[1]

5. To the extent that Plaintiff's counsel have orally requested weekly updates from Defendants on Plaintiff's medical condition and on Plaintiff's medication, it is hereby ORDERED that Plaintiff's counsel shall put all discovery requests relating to this case in writing. It is further ORDERED that to the extent that Plaintiff's discovery requests deviate from the requirements of the Federal Rules of Civil Procedure, Plaintiff shall file a motion relating to the requests.

6. To the extent that counsel have made certain requests at the October 10, 2007 status conference concerning modifications of the protective order that they expect the Court to enter, the parties are reminded that the Magistrate Judge will be the one to enter any protective order in this case. Any requested language should be included in a proposed protective order submitted to him using his proposed order email address.

DONE this the 10th day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] This deadline assumes that the reply will be electronically filed. The Court would not have access to documents filed in the after hours mailbox until Monday morning. Accordingly, if Plaintiff intends to submit any part of his reply without using electronic filing, it must be filed at the intake window of the Clerk's Office by no later than **4:00 p.m.** on **October 19, 2007**.