IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DANIEL LEE SIEBERT,                    )
                                       )
        Plaintiff,                     )
                                       )
        v.                             )    CASE NO. 2:07-cv-295-MEF
                                       )
RICHARD ALLEN, *et al.,*               )
                                       )
        Defendants.                    )

**ORDER**

On October 10, 2007, Defendant filed a Motion for Protective Order (Doc. #45). The motion does not indicate that the parties have met and conferred to discuss this matter prior to filing the motion for a protective, as required by the Federal Rules of Civil Procedure. Defendant also has failed to file a proposed protective order. Nevertheless, Defendant has filed a Notice of Filing (Doc. #42) indicating the parties agree to the terms of a confidentiality order attached to the notice. See Doc. #42 , #42-2. The undersigned assumes the parties would like the Court to enter a protective order similar to the confidentiality order. But, the Court desires confirmation. Moreover, following a status conference conducted by the District Judge assigned to this case, the undersigned was informed the parties may have additional provisions for inclusion in the protective order not covered by the confidentiality order. Accordingly, it is

ORDERED that Plaintiff, if he opposes the motion, shall submit a response to the

1

motion for a protective order **on or before October 16, 2007**.  It is further

ORDERED that the parties shall meet and confer to discuss the requisite provisions for inclusion in the protective order.  It is further

ORDERED that **on or before October 18, 2007**, the parties shall file a joint proposed protective order in word perfect format to propord_capel@almd.uscourts.gov for the Court's consideration.

DONE this 11th day of October 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE