## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| DANIEL LEE SIEBERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No: 2:07-cv-295-MEF-WC |
| | ) |
| RICHARD ALLEN, | ) |
| Commissioner of the Alabama | ) |
| Department of Corrections, et al., | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' COMPLIANCE WITH COURT'S ORDER
### FILED ON OCTOBER 10, 2007

This Court entered an order, see *Doc. 46*, that stated, among other things, counsel for the defendants were to confer "with the Governor for the State of Alabama or an authorized representative from the Governor's Office … to ascertain whether the Governor intends to grant a temporary reprieve of any duration to Daniel Lee Siebert due to the ongoing process of changing the execution procedure." Undersigned counsel has conferred with the Governor's Chief Legal Counsel who stated that the Governor has not yet made a decision

regarding Siebert's pending execution.

            Respectfully submitted,

            Troy King
            *Alabama Attorney General*


            **s/ *J. Clayton Crenshaw***
            J. Clayton Crenshaw  (CRE007)
            Assistant Attorney General

## CERTIFICATE OF SERVICE

  This is to certify that on the 12th day of October, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:  **Anne E. Borelli, Thomas M. Goggans, and Christine A. Freeman**.


            **s/ *J. Clayton Crenshaw***
            J. Clayton Crenshaw
            Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL  36130
(334) 242-7300 Office
(334) 353-3637 Fax
Email:   ccrenshaw@ago.state.al.us