**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **DANIEL LEE SIEBERT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **RICHARD ALLEN, Commissioner,** ) | |
| Alabama Department of Corrections, ) | |
| ) | |
| **GRANTT CULLIVER, Warden,** ) | |
| Holman Correctional Facility, and ) | Case No.: 2:07-cv-295-MEF-WC |
| ) | |
| **OTHER UNKNOWN EMPLOYEES** ) | |
| **AND AGENTS,** ) | |
| Alabama Department of Corrections, ) | |
| ) | |
| **Individually, and in their** ) | |
| **official capacities,** ) | |
| ) | |
| **Defendants.** ) | |

**PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

Plaintiff, Daniel Lee Siebert, by and through undersigned counsel, respectfully moves this Honorable Court for a Protective Order with respect to documents and information which may be at issue in litigation of this suit. In support of this motion, Mr. Siebert would state the following:

1. The effect of Mr. Siebert's physical health's interaction with the State of Alabama's lethal injection procedures is a matter at issue in this litigation. Therefore, pleadings, motions, and argument to this Court will have to include information drawn from

1

Mr. Siebert's medical records.

2. Mr. Siebert has a statutorily protected right to privacy of all medical records, including both physical and mental health records. *See* 45 C.F.R. § 164.502(a) (statutory authority: Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), Pub. L. No. 104-191, 110 Stat. 1936 (1997)). The Defendants have custody and control of Mr. Siebert's medical records either directly or through health care providers under contract to the Alabama Department of Corrections. Release of these records is authorized to Mr. Siebert himself and his representatives, i.e., undersigned counsel, by the same statutory and administrative regulations. *See* 45 C.F.R. §§ 164.502(a)(1)(i) and (iv). Release to the general public is prohibited. 45 C.F.R. § 164.502(a). Under HIPAA, the Defendants are required *not* to disclose Mr. Siebert's medical records without the express authorization of this Court. 45 C.F.R. § 164.512(e)(1)(i)..

WHEREFORE, Mr. Siebert requests that this Court enter a protective order requiring that any pleadings or documents disclosing or discussing specific details of Mr. Siebert's medical records be filed under seal.

Dated: October 16, 2007.

        Respectfully submitted,

        /s/Anne E. Borelli
        ANNE E. BORELLI
        AL SJIS: BOR -016
        E-mail:anne_borelli_@fd.org

        Christine A. Freeman
        TN BAR NO.: 11892
        E-mail: Christine_Freeman@fd.org

        Federal Defenders
        Middle District of Alabama
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353

        Thomas M. Goggans
        Ala. S.J.I.S. GOG001
        2030 East Second Street
        Montgomery, AL 361056
        Phone: 334-834-2511
        Fax: (334) 834-2512
        E-mail: tgoggans@tgoggans.com

        *Counsel for Daniel Lee Siebert, Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DANIEL LEE SIEBERT,** ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **RICHARD ALLEN, Commissioner,** ) | |
| **Alabama Department of Corrections,** ) | |
| ) | |
| **GRANTT CULLIVER, Warden,** ) | |
| **Holman Correctional Facility, and** ) | Case No.: 2:07-cv-295-MEF-WC |
| ) | |
| **OTHER UNKNOWN EMPLOYEES** ) | |
| **AND AGENTS,** ) | |
| **Alabama Department of Corrections,** ) | |
| ) | |
| **Individually, and in their** ) | |
| **official capacities,** ) | |
| ) | |
|    **Defendants.** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to each of the following:

   James Clayton Crenshaw, Esq.
   Office of the Attorney General
   11 South Union Street
   Montgomery, AL 36130
   Tel.: (334) 242-7300
   Fax: (334) 353-8440
   Email: ccrenshaw@ago.state.al.us

James William Davis, Esq.
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 242-7300
Fax: (334) 353-8440
Email: jimdavis@ago.state.al.us

Jasper Beroufon Roberts, Jr., Esq.
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 353-4848
Fax: (334) 353-3637
Email: jroberts@ago.state.al.us

Corey Landon Maze
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 353-4336
Fax: (334) 353-3637
Email: cmaze@ago.state.al.us


                                        Respectfully submitted,

                                        /s/ Anne E. Borelli
                                        ANNE E. BORELLI