```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF ALABAMA
                         NORTHERN DIVISION
```

DANIEL LEE SIEBERT,                )
                                   )
    Plaintiff,                     )
                                   )
v.                                 )   No. 2:07-cv-295-MEF-WC
                                   )
RICHARD ALLEN, et al.,             )
                                   )
    Defendants.                    )

### DEFENDANTS' MOTION TO ACCEPT
### DOCS. 54 AND 56 UNDER SEAL

The defendants move for Documents 54 and 56 to be filed under seal. In support, the defendants state as follows:

1. The defendants have made two filings under seal even though a confidentiality order has not yet been entered by the Court. Plaintiff's counsel had previously agreed to a proposed confidentiality order, *see Doc. 42*, but then subsequently filed an objection to that very same order, *see Doc. 51*. In any event, defendants expect for a confidentiality order to be in place either on October 18 or 19, 2007.

2. The defendants have previously moved for a protective order on the grounds that the State has a compelling interest in the confidentiality of the relevant procedures. In addition, the State has a statutory privacy

right in keeping the policies and procedures of the Department of Corrections, as they relate to executions, confidential.  *See Ala. Code* § 15-18-82.1(g).  In addition, a confidentiality order is required to protect the identity of execution team members and to protect the security of Corrections' employees who work at Holman Prison.

Wherefore, for the foregoing reasons, the defendants respectfully request this Court file Docs. 54 and 56 under seal.

>Respectfully submitted,
>
>Troy King (KIN047)
>*Alabama Attorney General*
>
>
>***s/ J. Clayton Crenshaw***
>J. Clayton Crenshaw  (CRE007)
>*Assistant Attorney General*
>
>Office of the Attorney General
>Alabama State House
>11 South Union Street
>Montgomery, AL  36130
>Telephone:  334.242.7300
>Fax:  334.353.3637
>Email: ccrenshaw@ago.state.al.us

2

**CERTIFICATE OF SERVICE**

This is to certify that on the 18th day of October, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:   **Anne E. Borelli, Thomas M. Goggans, and Christine A. Freeman.**

    *s/   J. Clayton Crenshaw*
    J. Clayton Crenshaw
    Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL  36130
(334) 242-7300 Office
(334) 353-3637 Fax
Email: ccrenshaw@ago.state.al.us