**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **DANIEL LEE SIEBERT,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**RICHARD ALLEN, Commissioner,** )<br>Alabama Department of Corrections, )<br>)<br>**GRANTT CULLIVER, Warden,** )<br>Holman Correctional Facility, and )<br>)<br>**OTHER UNKNOWN EMPLOYEES** )<br>**AND AGENTS,** )<br>Alabama Department of Corrections, )<br>)<br>**Individually, and in their** )<br>**official capacities,** )<br>)<br>Defendants. ) | Case No.: 2:07-cv-295-MEF-WC |

**PLAINTIFF'S NOTICE OF FILING**

Plaintiff Daniel Siebert, by and through undersigned counsel, hereby gives notice that he agrees to abide by the terms of the Protective Order entered in this case on this date. (Doc. # 58.) His endorsement is filed together with this Notice as Attachment 1. A proposed form to be signed by each person permitted to see confidential documents under the restrictions of paragraph 7 of the Protective Order is filed herewith as Attachment 2. This form is the same as the "Exhibit A" referenced in the Defendants' proposed Protective Order. (Doc. # 42-2 at ¶ 7.) Undersigned counsel has submitted Attachment 2 to counsel for the

1

Defendants for approval, but they have not given same.

Dated: October 18, 2007.

        Respectfully submitted,

        /s/Anne E. Borelli
        ANNE E. BORELLI
        AL SJIS: BOR -016
        E-mail:anne_borelli_@fd.org

        Christine A. Freeman
        TN BAR NO.: 11892
        E-mail: Christine_Freeman@fd.org

        Federal Defenders
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353


        Thomas M. Goggans
        Ala. S.J.I.S. GOG001
        2030 East Second Street
        Montgomery, AL 361056
        Phone: 334-834-2511
        Fax: (334) 834-2512
        E-mail: tgoggans@tgoggans.com

        *Counsel for Daniel Lee Siebert, Plaintiff*

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **DANIEL LEE SIEBERT,** | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **RICHARD ALLEN, Commissioner,** | ) |
| **Alabama Department of Corrections,** | ) |
| | ) |
| **GRANTT CULLIVER, Warden,** | ) |
| **Holman Correctional Facility, and** | )  Case No.: 2:07-cv-295-MEF-WC |
| | ) |
| **OTHER UNKNOWN EMPLOYEES** | ) |
| **AND AGENTS,** | ) |
| **Alabama Department of Corrections,** | ) |
| | ) |
| **Individually, and in their** | ) |
| **official capacities,** | ) |
| | ) |
|    **Defendants.** | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to each of the following:

   James Clayton Crenshaw, Esq.
   Office of the Attorney General
   11 South Union Street
   Montgomery, AL 36130
   Tel.: (334) 242-7300
   Fax: (334) 353-8440
   Email: ccrenshaw@ago.state.al.us

James William Davis, Esq.
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 242-7300
Fax: (334) 353-8440
Email: jimdavis@ago.state.al.us

Jasper Beroufon Roberts, Jr., Esq.
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 353-4848
Fax: (334) 353-3637
Email: jroberts@ago.state.al.us

Corey Landon Maze
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 353-4336
Fax: (334) 353-3637
Email: cmaze@ago.state.al.us


                              Respectfully submitted,

                              /s/ Anne E. Borelli
                              ANNE E. BORELLI

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **DANIEL LEE SIEBERT,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **RICHARD ALLEN, Commissioner,** | ) | |
| Alabama Department of Corrections, | ) | |
| | ) | |
| **GRANTT CULLIVER, Warden,** | ) | |
| Holman Correctional Facility, and | ) | Case No.: 2:07-cv-295-MEF-WC |
| | ) | |
| **OTHER UNKNOWN EMPLOYEES** | ) | |
| **AND AGENTS,** | ) | |
| Alabama Department of Corrections, | ) | |
| | ) | |
| Individually, and in their | ) | |
| official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S ENDORSEMENT OF PROTECTIVE ORDER

Plaintiff Daniel Siebert, by and through undersigned counsel, hereby agrees to abide by the terms of the Protective Order entered in this case on this date. (Doc. # 58.)

Dated: October 18, 2007.

                                                    Respectfully submitted,

                                                    /s/Anne E. Borelli
                                                    ANNE E. BORELLI
                                                    AL SJIS: BOR -016
                                                    E-mail:anne_borelli@fd.org

Christine A. Freeman
TN BAR NO.: 11892
E-mail: Christine_Freeman@fd.org

Federal Defenders
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353


Thomas M. Goggans
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery, AL 361056
Phone: 334-834-2511
Fax: (334) 834-2512
E-mail: tgoggans@tgoggans.com

*Counsel for Daniel Lee Siebert, Plaintiff*

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **DANIEL LEE SIEBERT,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **RICHARD ALLEN, Commissioner,** | ) |
| **Alabama Department of Corrections,** | ) |
| | ) |
| **GRANTT CULLIVER, Warden,** | ) |
| **Holman Correctional Facility, and** | )  Case No.: 2:07-cv-295-MEF-WC |
| | ) |
| **OTHER UNKNOWN EMPLOYEES** | ) |
| **AND AGENTS,** | ) |
| **Alabama Department of Corrections,** | ) |
| | ) |
| **Individually, and in their** | ) |
| **official capacities,** | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to each of the following:

    James Clayton Crenshaw, Esq.
    Office of the Attorney General
    11 South Union Street
    Montgomery, AL 36130
    Tel.: (334) 242-7300
    Fax: (334) 353-8440
    Email: ccrenshaw@ago.state.al.us

James William Davis, Esq.
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 242-7300
Fax: (334) 353-8440
Email: jimdavis@ago.state.al.us

Jasper Beroufon Roberts, Jr., Esq.
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 353-4848
Fax: (334) 353-3637
Email: jroberts@ago.state.al.us

Corey Landon Maze
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 353-4336
Fax: (334) 353-3637
Email: cmaze@ago.state.al.us

Respectfully submitted,

/s/ Anne E. Borelli
ANNE E. BORELLI

# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **DANIEL LEE SIEBERT,**           ) | |
|  ) | |
| Plaintiff,           ) | |
|  ) | |
| v.           ) | |
|  ) | |
| **RICHARD ALLEN, Commissioner,**           ) | |
| Alabama Department of Corrections,           ) | |
|  ) | |
| **GRANTT CULLIVER, Warden,**           ) | |
| Holman Correctional Facility, and           ) | Case No.: 2:07-cv-295-MEF-WC |
|  ) | |
| **OTHER UNKNOWN EMPLOYEES**           ) | |
| **AND AGENTS,**           ) | |
| Alabama Department of Corrections,           ) | |
|  ) | |
| Individually, and in their           ) | |
| official capacities,           ) | |
|  ) | |
| Defendants.           ) | |

## AGREEMENT TO BE BOUND BY PROTECTIVE ORDER

I hereby certify my understanding that material designated "Confidential Material" is being provided to me pursuant to the terms and restrictions of the "Protective Order" entered in this case. I have read and understand the terms of the Order and agree to be bound by it and submit to the jurisdiction of the United States District Court for the Middle District of Alabama for purposes of enforcement of the Order.

Date: _____          Signature: _____

1