**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| DANIEL LEE SIEBERT, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 2:07-cv-00295-MEF-WC |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
|     Defendants. | ) |

**DEFENDANTS' ENDORSEMENT OF PROTECTIVE ORDER**

The defendants, through counsel, hereby agree to abide by the terms stated in the protective order filed on October 18, 2007.  *See Doc. 58.*  In addition, defendants agree to Attachment 2 to plaintiff's notice of filing. *See Doc. 60.*

Respectfully submitted,

Troy King (KIN047)
*Alabama Attorney General*

*s/ J. Clayton Crenshaw*
J. Clayton Crenshaw  (CRE007)

*s/ James W. Davis*
James W. Davis  (DAV103)

*s/ Corey L. Maze*
Corey L. Maze (MAZ003)

*s/ Jasper B. Roberts, Jr.*
Jasper B. Roberts, Jr. (ROB157)
*Assistant Attorneys General*

## CERTIFICATE OF SERVICE

This is to certify that on the 19th day of October, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:    **Anne E. Borelli, Thomas M. Goggans, and Christine A. Freeman.**

> *s/   J. Clayton Crenshaw*
> J. Clayton Crenshaw
> Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL  36130
(334) 242-7300 Office
(334) 353-3637 Fax
Email: ccrenshaw@ago.state.al.us
       jimdavis@ago.state.al.us
       cmaze@ago.state.al.us
       jroberts@ago.state.al.us