IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL LEE SIEBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RICHARD ALLEN, Commissioner, ) | |
| Alabama Department of Corrections, ) | |
| ) | |
| GRANTT CULLIVER, Warden, ) | |
| Holman Correctional Facility, and ) | Case No.: 2:07-cv-295-MEF-WC |
| ) | |
| OTHER UNKNOWN EMPLOYEES ) | |
| AND AGENTS, ) | |
| Alabama Department of Corrections, ) | |
| ) | |
| Individually, and in their ) | |
| official capacities, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION TO ACCEPT PLEADING UNTIMELY FILED**

Plaintiff Daniel Siebert, by and through undersigned counsel, hereby moves this Honorable Court to accept his Reply to Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction, which was filed on October 19, 2007, but after the 4 p.m. deadline set in this Court's Order of October 10, 2007. (Doc. # 46.)

This Motion is supported by the following:

1.  The sealed original of Mr. Siebert's Reply was given to a runner in the office of undersigned counsel with instructions to file it with this federal District Court by 4 p.m.

1

The runner filed the pleading at 3:41 p.m., but incorrectly filed it in the office of the Montgomery County Circuit Clerk.

2. The runner immediately thereafter hand delivered a sealed copy to the Attorney General's office before 4:00 p.m.

3. Undersigned counsel noticed the error when, at 4:55 p.m., she read the stamp on the stamped copy returned by the runner to counsel's office.

4. A duplicate copy of this Reply was properly filed with this Court at approximately 5:05 p.m.

5. The Clerk of the Montgomery County Circuit Court, Melissa Rittenour, was also immediately contacted.

6. Ms. Rittenour stated that she had noticed the error and that the document was in her possession and had not been unsealed. She is willing to attest to this statement under oath if this Court so requires.

7. A paralegal for counsel's office, who has signed the Agreement to the Protective Order, immediately went to the Montgomery County Circuit Clerk's office and retrieved the document.

8. The original document is presently stored under lock and key in counsel's office, still in its sealed envelope, and will be filed with this Court at the opening of business on Monday, October 22, 2007.

9. The confidentiality ordered by this Court has not been breached by these

occurrences.

      10.    The Defendants have not been prejudiced by these occurrences.

      11.    The office runner has been instructed in proper procedures.

      12.    Counsel regrets the inconvenience to this Court and will take steps to prevent any reoccurrence in the future.

WHEREFORE, undersigned counsel respectfully request this Honorable Court to accept Mr. Siebert's Reply untimely filed.

Dated: October 19, 2007.

        Respectfully submitted,

        /s/Anne E. Borelli
        ANNE E. BORELLI
        AL SJIS: BOR -016
        E-mail:anne_borelli_@fd.org

        Christine A. Freeman
        TN BAR NO.: 11892
        E-mail: Christine_Freeman@fd.org

        Federal Defenders
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353


        Thomas M. Goggans
        Ala. S.J.I.S. GOG001
        2030 East Second Street
        Montgomery, AL 361056
        Phone: 334-834-2511
        Fax: (334) 834-2512
        E-mail: tgoggans@tgoggans.com

        *Counsel for Daniel Lee Siebert, Plaintiff*

# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **DANIEL LEE SIEBERT,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **RICHARD ALLEN, Commissioner,** | ) |
| **Alabama Department of Corrections,** | ) |
| | ) |
| **GRANTT CULLIVER, Warden,** | ) |
| **Holman Correctional Facility, and** | )   Case No.: 2:07-cv-295-MEF-WC |
| | ) |
| **OTHER UNKNOWN EMPLOYEES** | ) |
| **AND AGENTS,** | ) |
| **Alabama Department of Corrections,** | ) |
| | ) |
| **Individually, and in their** | ) |
| **official capacities,** | ) |
| | ) |
|     **Defendants.** | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to each of the following:

    James Clayton Crenshaw, Esq.
    Office of the Attorney General
    11 South Union Street
    Montgomery, AL 36130
    Tel.: (334) 242-7300
    Fax: (334) 353-8440
    Email: ccrenshaw@ago.state.al.us

James William Davis, Esq.
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 242-7300
Fax: (334) 353-8440
Email: jimdavis@ago.state.al.us

Jasper Beroufon Roberts, Jr., Esq.
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 353-4848
Fax: (334) 353-3637
Email: jroberts@ago.state.al.us

Corey Landon Maze
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 353-4336
Fax: (334) 353-3637
Email: cmaze@ago.state.al.us


                              Respectfully submitted,

                              /s/ Anne E. Borelli
                              ANNE E. BORELLI