IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DANIEL LEE SIEBERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD ALLEN, Commissioner, | ) | |
| Alabama Department of Corrections, | ) | |
| | ) | |
| GRANTT CULLIVER, Warden, | ) | |
| Holman Correctional Facility, and | ) | Case No.: 2:07-cv-295-MEF-WC |
| | ) | |
| OTHER UNKNOWN EMPLOYEES | ) | |
| AND AGENTS, | ) | |
| Alabama Department of Corrections, | ) | |
| | ) | |
| Individually, and in their | ) | |
| official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

(Stamp: RECEIVED OCT 19 2007 CLERK U.S. DISTRICT COURT MIDDLE DIST. OF ALA.)

(Stamp: FILED 2007 OCT 19 PM 3:41 CIRCUIT COURT OF MONTGOMERY COUNTY)

**PLAINTIFF'S MOTION TO SEAL**

Plaintiff Daniel Siebert, by and through undersigned counsel, hereby moves this Honorable Court to accept the attached document under seal, in compliance with the terms of the Protective Order entered in this case on October 18, 2007, date. (Doc. # 58.)

1

SCANNED

Dated: October 19, 2007.

                                          Respectfully submitted,

                                          */s/ Anne E. Borelli*
                                          ANNE E. BORELLI
                                          AL SJIS: BOR -016
                                          E-mail:anne_borelli @fd.org

                                          Christine A. Freeman
                                          TN BAR NO.: 11892
                                          E-mail: Christine_Freeman@fd.org

                                          Federal Defenders
                                          201 Monroe Street, Suite 407
                                          Montgomery, Alabama 36104
                                          Phone: (334) 834-2099
                                          Fax: (334) 834-0353


                                          Thomas M. Goggans
                                          Ala. S.J.I.S. GOG001
                                          2030 East Second Street
                                          Montgomery, AL 361056
                                          Phone: 334-834-2511
                                          Fax: (334) 834-2512
                                          E-mail: tgoggans@tgoggans.com

                                          *Counsel for Daniel Lee Siebert, Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DANIEL LEE SIEBERT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **RICHARD ALLEN, Commissioner,** | ) |
| **Alabama Department of Corrections,** | ) |
| | ) |
| **GRANTT CULLIVER, Warden,** | ) |
| **Holman Correctional Facility, and** | )    Case No.: 2:07-cv-295-MEF-WC |
| | ) |
| **OTHER UNKNOWN EMPLOYEES** | ) |
| **AND AGENTS,** | ) |
| **Alabama Department of Corrections,** | ) |
| | ) |
| **Individually, and in their** | ) |
| **official capacities,** | ) |
| | ) |
| **Defendants.** | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2007, a single copy of the foregoing has been hand delivered to the following:

James Clayton Crenshaw, Esq.
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 242-7300
Fax: (334) 353-8440
Email: ccrenshaw@ago.state.al.us

James William Davis, Esq.

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 242-7300
Fax: (334) 353-8440
Email: jimdavis@ago.state.al.us

Jasper Beroufon Roberts, Jr., Esq.
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 353-4848
Fax: (334) 353-3637
Email: jroberts@ago.state.al.us

Corey Landon Maze
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 353-4336
Fax: (334) 353-3637
Email: cmaze@ago.state.al.us

Respectfully submitted,

*Anne E Borelli*
ANNE E. BORELLI