IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL LEE SIEBERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:07-cv-295-MEF-WC |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' NOTICE OF FILING**

The defendants hereby file a copy of a press release issued from the Governor's Office on October 22, 2007. See Exhibit A. In that press release, Governor Bob Riley states that he will not take any action to stop Siebert's scheduled execution.

Respectfully submitted,

Troy King (KIN047)
*Alabama Attorney General*

***s/ J. Clayton Crenshaw***
J. Clayton Crenshaw  (CRE007)
*Assistant Attorney General*

Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL  36130
Telephone:  334.242.7300
Fax:  334.353.3637
Email: ccrenshaw@ago.state.al.us

**CERTIFICATE OF SERVICE**

This is to certify that on the 22nd day of October, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:  **Anne E. Borelli and Thomas M. Goggans.**

*s/ J. Clayton Crenshaw*
J. Clayton Crenshaw  (CRE007)
*Assistant Attorney General*

ADDRESS OF COUNSEL:

Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL  36130
Telephone:  334.242.7300
Fax:  334.353.3637
Email: ccrenshaw@ago.state.al.us

# EXHIBIT A

**To:** Crenshaw, Clay
**Subject:** RE: Lethal Injection Procedure Modified, Execution of Serial Killer to Take Place as Scheduled

-----Original Message-----
**From:** Rawls, Phillip [mailto:prawls@ap.org]
**Sent:** Monday, October 22, 2007 10:12 AM
**To:** Crenshaw, Clay
**Subject:** FW: Lethal Injection Procedure Modified, Execution of Serial Killer to Take Place as Scheduled

---

**From:** Press Office [mailto:Press.Office@governor.alabama.gov]
**Sent:** Monday, October 22, 2007 8:58 AM
**Subject:** Lethal Injection Procedure Modified, Execution of Serial Killer to Take Place as Scheduled

**OFFICE OF GOVERNOR BOB RILEY**

**FOR IMMEDIATE RELEASE: OCTOBER 22, 2007**

## Lethal Injection Procedure Modified, Execution of Serial Killer to Take Place as Scheduled

MONTGOMERY - Governor Bob Riley said Monday changes to the state's new lethal injection procedure have been finalized so the state will move forward with Thursday's scheduled execution of serial killer Danial Lee Siebert.

Last month, Governor Riley ordered a change to Alabama's lethal injection protocol so additional safeguards could be added to ensure inmates are unconscious when a lethal combination of drugs are administered during their executions. Those safeguards which check for a condemned inmate's consciousness have now been added to Alabama's lethal injection protocol.

The Governor issued a 45-day stay of execution for convicted killer Thomas Arthur on September 27, who was scheduled to be executed later that day. That temporary stay was done to allow time for a new lethal injection procedure to be put in place.

Now that the new procedure has been accomplished, the state will move forward with the next scheduled execution, which is for Siebert on Oct. 25. Siebert was sentenced to death for four murders he committed on the same night in 1986. His victims were Sherri Weathers, her four-year-old and five-year-old sons, and their neighbor Linda Jarman. Siebert was also convicted of a fifth murder, of Linda Odum, and has claimed responsibility for as many as a dozen other murders.

Governor Riley rejected calls by some that Siebert should not be executed because he is suffering from terminal cancer. "I would in essence be commuting his sentence to life in prison and that is not the sentence he was given by a jury. His crimes were monstrous, brutal and ghastly."

###

*For more information, contact the Governor's Press Office at 334-242-7150.*

```
The information contained in this communication is intended for the use
of the designated recipients named above. If the reader of this
communication is not the intended recipient, you are hereby notified
that you have received this communication in error, and that any review,
dissemination, distribution or copying of this communication is strictly
prohibited. If you have received this communication in error, please
notify The Associated Press immediately by telephone at +1-212-621-1898
and delete this email. Thank you.
[IP_US_DISC]
msk dccc60c6d2c3a6438f0cf467d9a4938
```