IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DANIEL LEE SIEBERT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **RICHARD ALLEN,** Commissioner, ) | |
| Alabama Department of Corrections, ) | |
| ) | |
| **GRANTT CULLIVER,** Warden, ) | |
| Holman Correctional Facility, and ) | Case No.: 2:07-cv-295-MEF-WC |
| ) | |
| **OTHER UNKNOWN EMPLOYEES** ) | |
| **AND AGENTS,** ) | |
| Alabama Department of Corrections, ) | |
| ) | |
| **Individually, and in their** ) | |
| **official capacities,** ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S EMERGENCY MOTION FOR PERMISSION**

Plaintiff Daniel Siebert, by and through undersigned counsel, as a clarification of the Protective Order entered in this case (Doc. # 58), hereby requests permission to be able to refer to sealed discovery materials provided in this litigation in pleadings being filed on his behalf in another court. In support, Mr. Siebert would show:

1.  Mr. Siebert filed an Emergency Motion for a Stay of Execution in the Alabama Supreme Court on October 11, 2007. (*See* Doc. # 49-2.)

2.  As of the filing of this Motion for Permission, the Alabama Supreme Court has

1

not yet ruled on Mr. Siebert's Motion for a Stay in that court.

3. Mr. Siebert intends to file today a Renewed Motion in the Alabama Supreme Court.

4. Mr. Siebert requests permission from this Court to file, under seal, a copy of the new lethal injection protocol with that court and with any other court in which pleadings are to be filed on his behalf.

5. Any filings made on Mr. Siebert's behalf which cite or discuss the protocol will be filed under seal.

6. Mr. Siebert is under a sentence of death, which the State of Alabama intends to carry out as scheduled on October 25, 2007.

7. Mr. Siebert, therefore, requests this clarification because presenting the new protocol to the Alabama Supreme Court is necessary for him to argue his position fully and fairly.

8. Counsel for the Defendants have been contacted and indicated that they would not give consent.

WHEREFORE, Mr. Siebert requests that this Court permission be granted.

Dated: October 22, 2007.

        Respectfully submitted,

        /s/Anne E. Borelli
        ANNE E. BORELLI
        AL SJIS: BOR -016
        E-mail:anne_borelli_@fd.org

        Christine A. Freeman
        TN BAR NO.: 11892
        E-mail: Christine_Freeman@fd.org

        Federal Defenders
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353


        Thomas M. Goggans
        Ala. S.J.I.S. GOG001
        2030 East Second Street
        Montgomery, AL 361056
        Phone: 334-834-2511
        Fax: (334) 834-2512
        E-mail: tgoggans@tgoggans.com

        *Counsel for Daniel Lee Siebert, Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DANIEL LEE SIEBERT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **RICHARD ALLEN, Commissioner,** ) | |
| Alabama Department of Corrections, ) | |
| ) | |
| **GRANTT CULLIVER, Warden,** ) | |
| Holman Correctional Facility, and ) | Case No.: 2:07-cv-295-MEF-WC |
| ) | |
| **OTHER UNKNOWN EMPLOYEES** ) | |
| **AND AGENTS,** ) | |
| Alabama Department of Corrections, ) | |
| ) | |
| **Individually, and in their** ) | |
| **official capacities,** ) | |
| ) | |
| **Defendants.** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to each of the following:

    James Clayton Crenshaw, Esq.
    Office of the Attorney General
    11 South Union Street
    Montgomery, AL 36130
    Tel.: (334) 242-7300
    Fax: (334) 353-8440
    Email: ccrenshaw@ago.state.al.us

James William Davis, Esq.
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 242-7300
Fax: (334) 353-8440
Email: jimdavis@ago.state.al.us

Jasper Beroufon Roberts, Jr., Esq.
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 353-4848
Fax: (334) 353-3637
Email: jroberts@ago.state.al.us

Corey Landon Maze
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 353-4336
Fax: (334) 353-3637
Email: cmaze@ago.state.al.us


Respectfully submitted,

/s/ Anne E. Borelli
ANNE E. BORELLI