IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL LEE SIEBERT, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:07cv295-MEF |
| | ) |
| RICHARD ALLEN, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**ORDER ON MOTION**

On October 22, 2007, Plaintiff, Daniel Lee Siebert (Siebert), filed an Emergency Motion for Permission (Doc. #66) to file under seal a copy of the new lethal injection protocol with the Alabama Supreme Court and "any other court in which pleadings are to be filed on his behalf." Siebert seeks permission to file the protocol "as a clarification" of the Protective Order (Doc. #58) entered in this litigation. Mot. for Permission (Doc. #66) at 1-2. Siebert's motion indicates that Defendants oppose the motion. Id. at 2.

The undersigned has considered Siebert's motion carefully. Siebert has failed to demonstrate that appropriate safeguards exist to protect the confidential nature of the protocol in the Alabama Supreme Court or in "any other court in which pleadings are to be filed on [Siebert's] behalf." Siebert also has failed to show that he has been denied an order from the Alabama Supreme Court or "any other court in which pleadings are to be filed" compelling the protocol under seal. The Court hesitates to involve itself with litigation pending before other courts where Siebert has failed to demonstrate a need or

take any action on his behalf in that court. Accordingly, it is

ORDERED that the Emergency Motion for Permission (Doc. #66) is DENIED.

DONE this 22nd day of October, 2007.

                                        /s/ Wallace Capel, Jr.
                                        WALLACE CAPEL, JR.
                                        UNITED STATES MAGISTRATE JUDGE

Case 2:07-cv-00295-MEF-WC    Document 68    Filed 10/22/2007    Page 2 of 2