**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **DANIEL LEE SIEBERT,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **RICHARD ALLEN, Commissioner,** ) | |
| Alabama Department of Corrections, ) | |
| ) | |
| **GRANTT CULLIVER, Warden,** ) | |
| Holman Correctional Facility, and ) | **Case No.: 2:07-cv-295-MEF-WC** |
| ) | |
| **OTHER UNKNOWN EMPLOYEES** ) | |
| **AND AGENTS,** ) | |
| Alabama Department of Corrections, ) | |
| ) | |
| Individually, and in their ) | |
| official capacities, ) | |
| ) | |
|     **Defendants.** ) | |

## NOTICE OF APPEAL

Notice is hereby given that Daniel Siebert, Plaintiff in the above-named case, appeals to the United States Court of Appeals for the Eleventh Circuit from the interim judgment entered on October 22, 2007 (Doc. # 70), denying Mr. Siebert's motion to grant a preliminary injunction staying execution.

Petitioner has been previously declared to be indigent and approved to proceed in forma pauperis in this case. (Doc. # 5.). Under Rule 24(a)(3), Federal Rules of Appellate Procedure, a petitioner may "proceed on appeal in forma pauperis without further authorization, unless: (A) the district court–before or after the notice of appeal is

filed–certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis." Plaintiff will, if the Court requires it, file a separate motion to proceed in forma pauperis on appeal and a declaration in support.

Dated October 23, 2007.

    Respectfully submitted,

    /s/Anne E. Borelli
    ANNE E. BORELLI
    AL SJIS: BOR -016
    E-mail:anne_borelli_@fd.org

    Christine A. Freeman
    TN BAR NO.: 11892
    E-mail: Christine_Freeman@fd.org

    Federal Defenders
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353


    Thomas M. Goggans
    Ala. S.J.I.S. GOG001
    2030 East Second Street
    Montgomery, AL 361056
    Phone: 334-834-2511
    Fax: (334) 834-2512
    E-mail: tgoggans@tgoggans.com

    *Counsel for Daniel Lee Siebert, Plaintiff*

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **DANIEL LEE SIEBERT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **RICHARD ALLEN, Commissioner,** ) | |
| Alabama Department of Corrections, ) | |
| ) | |
| **GRANTT CULLIVER, Warden,** ) | |
| Holman Correctional Facility, and ) | Case No.: 2:07-cv-295-MEF-WC |
| ) | |
| **OTHER UNKNOWN EMPLOYEES** ) | |
| **AND AGENTS,** ) | |
| Alabama Department of Corrections, ) | |
| ) | |
| Individually, and in their ) | |
| official capacities, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to each of the following:

James Clayton Crenshaw, Esq.
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 242-7300
Fax: (334) 353-8440
Email: ccrenshaw@ago.state.al.us

James William Davis, Esq.
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 242-7300
Fax: (334) 353-8440
Email: jimdavis@ago.state.al.us

Jasper Beroufon Roberts, Jr., Esq.
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 353-4848
Fax: (334) 353-3637
Email: jroberts@ago.state.al.us

Corey Landon Maze
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 353-4336
Fax: (334) 353-3637
Email: cmaze@ago.state.al.us


                                                  Respectfully submitted,

                                                  /s/ Anne E. Borelli
                                                  ANNE E. BORELLI