IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DANIEL LEE SIEBERT, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 2:07cv295-MEF |
| RICHARD ALLEN, *et al.,* | ) ) ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

On October 24, 2007, Plaintiff, Daniel Lee Siebert (Siebert), filed an Emergency Motion to Reconsider (Doc. #72) this Court's Order of October 22, 2007 (Doc. #68), which denies Siebert's request to file under seal a copy of the new lethal injection protocol with the Alabama Supreme Court.

The undersigned again has considered Siebert's motion carefully. Siebert's motion for reconsideration fails to undermine the Court's reasoning in its Order of October 22, 2007. Siebert **again** has failed to demonstrate that appropriate safeguards exist to protect the confidential nature of the protocol in the Alabama Supreme Court. Although Siebert indicates he has requested the Alabama Supreme Court seek out a copy of the protocol, Siebert **again** has failed to show he has been denied an order from the Alabama Supreme Court compelling the protocol under seal. The Court repeats that it hesitates to involve itself with litigation pending before other courts where Siebert has failed to demonstrate a need. Thus, it is

ORDERED that the motion (Doc. #72) is DENIED.

DONE this 24th day of October, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE