PUBLISH

RECEIVED IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

2001 OCT 25 P 3: 24

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
October 25, 2007
THOMAS K. KAHN
CLERK

No. 07-14956

D. C. Docket No. 07-00295-CV-MEF-WC

DANIEL LEE SIEBERT,

Plaintiff-Appellant,

versus

RICHARD ALLEN, Commissioner,
Alabama Department of Corrections,
individually and in his official capacity,
GRANTT CULLIVER, Warden, Holman
Correctional Facility, in his
individual and official capacity,

Defendants-Appellees.

On Appeal from the United States District Court
for the Middle District of Alabama

(October 25, 2007)

ON PETITION FOR REHEARING EN BANC

Before TJOFLAT, ANDERSON, BIRCH, DUBINA, BLACK, BARKETT, HULL,

MARCUS, and WILSON, Circuit Judges.[*]

BY THE COURT:

A member of this court in active service having requested a poll on the Petition for Rehearing En Banc filed by the Defendant-Appellee on 25 October 2007, and a majority of the judges of this court in active service (available and not recused) having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The opinion and stay entered by the panel on 24 October 2007 is hereby VACATED. The en banc Court *sua sponte* hereby STAYS the execution of the Plaintiff-Appellant pending further *en banc* consideration of this case.

_____

[*]Chief Judge Edmondson has not participated in this order. Judges Ed Carnes and William H. Pryor Jr. have recused themselves and will not participate.

# United States Court of Appeals
## Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

October 25, 2007

NOTICE TO ALL COUNSEL OR RECORD:

No. 07-14956 – Daniel Lee Siebert v. Richard Allen

Dear Counsel:

Enclosed is an order entered by the court directing that this case be reheard en banc. Under Eleventh Circuit Rule 35, the effect of granting rehearing en banc is to vacate the previous opinion and judgment of this court and to stay the mandate.

You will be notified by subsequent correspondence of the schedule for filing en banc briefs, the issue(s) which the court wishes the parties to focus on in their briefs, and the page limitations on them. We will communicate with you at a later time regarding report time and time limitations on oral argument should this case be designated for oral argument.

Sincerely,

THOMAS K. KAHN, Clerk

By _____
Joyce T. Pope
Deputy Clerk

Anne Borelli   334-834-0353
J. Clayton Crenshaw   334-353-3637
Clerk, U.S. District Court (MGA-Alabama)
Hon. Mark E. Fuller