STRICKEN FROM THE RECORD

DOCKETED IN THE WRONG CASE

PLEASE DISREGARD THIS ENTRY.