## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 26, 2007

# NOTICE OF ERROR

**From:   Clerk's Office**

**Case Style:   Siebert v. Allen et al**

**Case Number:    2:07-cv-00295-MEF**

**This Notice of Error is filed in the referenced case this date to reflect that Docket Entry #76 entered on 10/26/07 has been STRIKEN from the record.**

**This entry was  inadvertently docketed in the wrong case and should be disregarded.**