```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000989
Cashier ID: brobinso
Transaction Date: 10/29/2007
Payer Name: HOLMAN CORR FACILITY
-----------------------------------
PLRA CIVIL FILING FEE
For: DANIEL SIEBERT
Case/Party: D-ALM-2-07-CV-000295-001
Amount:           $60.00
-----------------------------------
CHECK
Check/Money Order Num: 22902
Amt Tendered:     $60.00
-----------------------------------
Total Due:        $60.00
Total Tendered:   $60.00
Change Amt:        $0.00
```