```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001250
Cashier ID: brobinso
Transaction Date: 11/21/2007
Payer Name: HOLMAN CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: DANIEL SIEBERT
 Case/Party: D-ALM-2-07-CV-000295-001
 Amount:         $23.00
------------------------------------
CHECK
 Check/Money Order Num: 22947
 Amt Tendered:  $23.00
------------------------------------
Total Due:      $23.00
Total Tendered: $23.00
Change Amt:     $0.00
```