# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **DANIEL LEE SIEBERT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **RICHARD ALLEN, Commissioner,** ) | |
| Alabama Department of Corrections, ) | |
| ) | |
| **GRANTT CULLIVER, Warden,** ) | |
| Holman Correctional Facility, and ) | Case No.: 2:07-cv-295-MEF-WC |
| ) | |
| **OTHER UNKNOWN EMPLOYEES** ) | |
| **AND AGENTS,** ) | |
| Alabama Department of Corrections, ) | |
| ) | |
| Individually, and in their ) | |
| official capacities, ) | |
| ) | |
| Defendants. ) | |

### JOINT MOTION FOR CLARIFICATION AND
### FOR ENLARGEMENT OF TIME TO FILE RULE 26(f) SCHEDULING PLAN

Come now the Plaintiff and the Defendants, by and through undersigned counsel, and hereby move this Honorable Court for clarification with respect to the issues set for trial in this case and for an enlargement of time to file the Rule 26(f), Fed. R. Civ. P., scheduling plan, now due on Friday, November 30, 2007. As grounds therefor, the parties would show:

1. A conference call was held between the parties on Thursday, November 29, 2007.

1

2. The parties have a difference of opinion respecting the issues to be tried in this case.

3. The parties request that the Court indicate whether the general *Hill*[1] claim challenging Alabama's lethal injection protocol that was based on Mr. Siebert's Northern District conviction and sentence of death will be before the Court at trial.

The Plaintiff's position is that the general *Hill* claim relating to Mr. Siebert's Northern District sentence of death was not dismissed by this Court, *see* (Doc. # 39 at 20 ("the Court cannot find that Siebert has delayed unreasonably in seeking to litigate claims relating to the Alabama lethal injection protocol for the death sentence he received for the murder of Jarman")), that the Defendants have not moved this Court to reconsider that ruling, and that this claim, therefore, is a claim upon which the Court will reach the merits after the trial. Mr. Siebert's position is based upon this Court's order of October 3, 2007, that granted the Defendants' Motion to Dismiss Mr. Siebert's Section 1983 action in part and denied the Defendants' motion to dismiss as to the claims added in Mr. Siebert's amended complaint. It is the Plaintiff's position that he has filed a single Section 1983 action respecting lethal injection, one subclaim of which has been dismissed by this Court.

The Defendants' position is that Mr. Siebert cannot raise multiple Section 1983 method-of-execution challenges, and this Court dismissed his single *Hill* claim. The defendants' base their position on the proposition that Mr. Siebert attacks one method of

---

[1] *Hill v. McDonough*, 126 S. Ct. 2096 (2006).

execution, and cannot repeatedly attack such method multiple times merely because he has been sentenced to death twice.  According to the Defendants, although Mr. Siebert can attack each conviction and sentence in separate federal habeas petitions, he has no parallel cause of action to file multiple Section 1983 actions.  Thus, when the Court dismissed his general *Hill* claim, it left only the *Nelson*[2] claim for trial.

If necessary, the parties request a briefing schedule on this issue.

4. Scheduling dates may need to be adjusted depending on the number of issues or claims to be tried.

5. The parties will need additional time to negotiate following this Court's ruling on this matter.

WHEREFORE, undersigned counsel respectfully request that this Honorable Court clarify what issues are to be tried in this case and grant an enlargement of time for filing the Rule 26(f) scheduling plan to Friday, December 7, 2007.

---

[2]*Nelson v. Campbell*, 541 U.S. 637 (2004).

Dated: November 30, 2007.

                                                    Respectfully submitted,


/s/Anne E. Borelli                                  /s/ Troy King

**ANNE E. BORELLI**                                 TROY KING (KIN047)
AL BAR NO.: ASB-2419-A52B                           Attorney General

**CHRISTINE A. FREEMAN**                            **J. CLAYTON CRENSHAW**
TN BAR NO.: 11892                                   AL SJIS: CRE007
                                                    Assistant Attorney General
Federal Defender
201 Monroe Street, Suite 407                        **JASPER B. ROBERTS, JR.**
Montgomery, Alabama 36104                           AL SJIS: ROB 157
Phone: (334) 834-2099                               Assistant Attorney General
Fax: (334) 834-0353
anne_borelli@fd.org                                 Office of the Attorney General
christine_freeman@fd.org                            11 South Union Street
                                                    Montgomery, AL 36130
THOMAS M. GOGGANS                                   Phone: (334) 242-7300
AL SJIS: GOG001                                     Fax: (334) 353-8440
2030 East Second Street                             ccrenshaw@ago.state.al.us
Montgomery, AL 36106                                jimdavis@ago.state.al.us
Phone: 334-834-2511
Fax: (334) 834-2512
tgoggans@tgoggans.com

*Counsel for Plaintiff*                             *Counsel for Defendants*