IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL LEE SIEBERT, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-295-MEF-WC |
| | ) |
| RICHARD ALLEN, et al, | ) |
| | ) |
| DEFENDANTS. | ) |

# **ORDER**

This cause is before the Court on the Joint Motion for Clarification and for Enlargement of Time to File Rule 26(f) Scheduling Plan (Doc. # 85). The motion is GRANTED both as to its request for an extension of time and as to its request for clarification. This Court previously held that the claims Siebert added when he filed the Amended Complaint survive and will be litigated. In this Court's view, as of this date, that means that in addition to his *Nelson* claim relating to the execution of his sentence for the murders of Sherri Weathers and her sons, Siebert also has a pending general *Hill* claim challenging Alabama's lethal injection protocol to the extent that the State of Alabama intends to employ it to execute his sentence for the murder of Linda Jarman.

DONE this the 30th day of November, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE