IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL LEE SIEBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RICHARD ALLEN, Commissioner, ) | |
| Alabama Department of Corrections, ) | |
| ) | |
| GRANTT CULLIVER, Warden, ) | |
| Holman Correctional Facility, and ) | Case No.: 2:07-cv-295-MEF-WC |
| ) | |
| OTHER UNKNOWN EMPLOYEES ) | |
| AND AGENTS, ) | |
| Alabama Department of Corrections, ) | |
| ) | |
| Individually, and in their ) | |
| official capacities, ) | |
| ) | |
| Defendants. ) | |

## REPORT OF PARTIES' PLANNING MEETING

1.  Pursuant to Fed. R. Civ. P. 26(f), a teleconference was held on December 6, 2007, and was attended by:

    Anne E. Borelli for Plaintiff, Daniel Lee Siebert;

    Jasper B. Roberts for Defendants, Richard Allen and Grantt Culliver.

2.  Pre-Discovery Disclosures.

    The parties will exchange by December 21, 2007, the information required by Fed. R. Civ. P. 26(a)(1).

3.  Discovery Plan.

The parties jointly propose to the Court the following discovery plan.

Plaintiff believes that discovery will be needed on subjects including, but not limited to:

- unredacted lethal injection execution protocols, procedures, policies and guidelines used or evaluated by Alabama, whether current or past, including without limitation discovery concerning the development of such protocols, procedures, policies and guidelines;

- consideration of alternatives to Alabama's current lethal injection protocols, procedures, policies and guidelines;

- the qualifications, training and expertise of personnel involved in carrying out Alabama's executions by lethal injection;

- the drugs administered during execution by lethal injection in Alabama, including without limitation discovery concerning the scientific effect in general on persons and animals of the sequence and dosage of drugs used in lethal injections, including the effect, separately and in combination, of each drug used in lethal injections;

- the actual administration and conduct of executions by lethal injection in Alabama, including without limitation discovery of: (i) official witnesses and media, witnesses to executions by lethal injection, (ii) the exact composition of every injection of every person executed by lethal injection, and (iii) all reports, studies, evaluations and analysis of executions by lethal injection, including autopsy and forensic reports for every execution by lethal injection; and

- prison examinations and records of plaintiff's physical and mental health.

Plaintiff expects that discovery in this case should include all materials provided as initial disclosures and discovery to the plaintiffs in *McNair v. Allen*, No. 2:06-cv-695-WKW-CSC (M.D. Ala. filed August 7, 2006); *Jones v. Allen*, No. 2:06-cv-986-MHT-TFM (M.D. Ala.

2

April 17, 2007); and *Grayson v. Allen*, No. 2:06-cv-1032-WKW-CSC (M.D. Ala. May 21, 2007). Additionally, Plaintiff expects discovery to include all requested materials pertaining to the revised protocol adopted on October 18, 2007.

Defendants do not agree that discovery on all of the above subjects is necessary and reserve all rights to object to the discovery sought by the Plaintiff.

Both parties reserve the right to raise objections to certain depositions, interrogatories, or discovery.

All fact discovery commenced in time to be completed by March 14, 2008.

All expert discovery commenced in time to be completed by April 18, 2008.

Maximum of 25 interrogatories by each party to any other party, provided that a party may seek leave to submit additional interrogatories, as necessary. Responses due 20 days after service.

Maximum of 50 requests for admission by each party to any other party, provided that a party may seek leave to submit additional requests for admission, as necessary. Responses due 20 days after service.

Maximum of 10 fact depositions by each party, provided that a party may seek leave to conduct additional depositions, as necessary.

Maximum of 5 expert depositions by each party, provided that a party may seek leave to conduct additional depositions, as necessary.

Each deposition limited to a maximum of 7 hours unless extended by agreement of

the parties.

    Reports from retained experts under Rule 26(a)(2) due:

        from Plaintiff by March 28, 2008;

        from Defendants by March 28, 2008.

    Supplementations under Rule 26(e) due April 11, 2008.

    4.    Other items.

    Responses to document requests due 20 days after service.

    The parties request a conference with the Court before entry of the scheduling order.

    The parties request a pretrial conference on May 5, 2008.

    Plaintiff should be allowed until February 22, 2008, to join additional parties and until February 22, 2008, to amend the pleadings.

    Defendants should be allowed until February 22, 2008, to join additional parties and until February 22, 2008, to amend the pleadings.

    All potentially dispositive motions should be filed by March 21, 2008.

    Settlement is unlikely.

    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

        from Plaintiff by May 9, 2008; from Defendants by May 9, 2008.

    Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

    The case should be ready for trial by June 9, 2008, and at this time is expected to take

approximately 3 days.

Dated: December 7, 2007.

| | |
|---|---|
| /s/Anne E. Borelli | /s/ Troy King |
| **ANNE E. BORELLI**<br>AL SJIS: BOR016 | **TROY KING**<br>AL SJIS: KIN047<br>Attorney General |
| **CHRISTINE A. FREEMAN**<br>TN BAR NO.: 11892 | **J. CLAYTON CRENSHAW**<br>AL SJIS: CRE007<br>Assistant Attorney General |
| Federal Defenders<br>201 Monroe Street, Suite 407<br>Montgomery, Alabama 36104<br>Phone: (334) 834-2099<br>Fax: (334) 834-0353<br>anne_borelli@fd.org<br>christine_freeman@fd.org | **JASPER B. ROBERTS, JR.**<br>AL SJIS: ROB157<br>Assistant Attorney General<br><br>Office of the Attorney General<br>11 South Union Street<br>Montgomery, AL 36130<br>Phone: (334) 242-7300<br>Fax: (334) 353-8440<br>ccrenshaw@ago.state.al.us<br>jroberts@ago.state.al.us |
| THOMAS M. GOGGANS<br>AL SJIS: GOG001<br>2030 East Second Street<br>Montgomery, AL 36106<br>Phone: 334-834-2511<br>Fax: (334) 834-2512<br>tgoggans@tgoggans.com | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |