IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **DANIEL LEE SIEBERT,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) No. 2:07-cv-295-MEF-WC |
| **RICHARD ALLEN, et al.,** | ) ) |
| Defendants. | ) |

## DEFENDANTS' RULE 26(a)(1) INITIAL DISCLOSURES

Defendants Richard Allen, in his official capacity as Commissioner of the Alabama Department of Corrections, and Grantt Culliver, in his official capacity as Warden of the Holman Correctional Facility ("Defendants"), pursuant to the Federal Rule of Civil Procedure 26(a)(1) and the Court's scheduling order, submit the following:

A) the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;

**Response:** Defendants Grantt Culliver, Warden, and Richard Allen, Commissioner, who may be contacted through counsel. Additional people that may have discoverable information consist of the medical staff at Holman Prison, who are named in Siebert's medical records. Defendants know of no other such persons at this time with discoverable information and whom Defendants may use to support its claims or defenses and will supplement these disclosures if appropriate. Defendants will identify expert witnesses in accordance with the Court's scheduling order.

(B) a copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment;

**Response:** A copy of such documents will be produced separately and/or made available to Siebert's counsel in accordance with the Protective Order entered by the Court.

**(C)**  a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered;

**Response:**  Not applicable.

**(D)**  for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**Response:**  Not applicable.

Respectfully submitted,

**TROY KING (KIN047)**
**ATTORNEY GENERAL**
**BY:**

*s/  Jasper Beroujon Roberts, Jr.*
Jasper Beroujon Roberts, Jr. (Rob157)
Assistant Attorney General
J. Clayton Crenshaw  (CRE007)
Assistant Attorney General
James W. Davis  (DAV103)
Assistant Attorney General

OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300
(334) 353-8440 Fax
Email: jroberts@ago.state.al.us

## **CERTIFICATE OF SERVICE**

      This is to certify that on the 18th day of December, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:  **Anne E. Borelli, Thomas M. Goggans, and Christine A. Freeman.**

                                          *s/ Jasper Beroujon Roberts, Jr.*
                                            Jasper Beroujon Roberts, Jr.
                                            Assistant Attorney General