# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **DANIEL LEE SIEBERT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   No. 2:07-cv-295-MEF-WC |
| | ) |
| **RICHARD ALLEN, et al.,** | ) |
| | ) |
| **Defendant.** | ) |

## PLAINTIFF'S NOTICE OF SERVICE OF INITIAL DISCLOSURES

COMES NOW the Plaintiff, Daniel Lee Siebert, by and through undersigned counsel, and gives notice hereby that he has served his initial disclosures pursuant to Rule 26(a)(1), Federal Rules of Civil Procedure, and the Court's scheduling order, upon opposing counsel by hand delivery to the Office of the Attorney General on this day's date.

Dated: December 21, 2007.

Respectfully submitted,

/s/Anne E. Borelli
ANNE E. BORELLI
AL SJIS: BOR -016
E-mail:anne_borelli_@fd.org

Christine A. Freeman
TN BAR NO.: 11892
E-mail: Christine_Freeman@fd.org

Federal Defenders
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353

Thomas M. Goggans
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery, AL 361056
Phone: 334-834-2511
Fax: (334) 834-2512
E-mail: tgoggans@tgoggans.com

*Counsel for Daniel Lee Siebert, Plaintiff*

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **DANIEL LEE SIEBERT,**           ) | |
|           ) | |
|     **Plaintiff,**           ) | |
|           ) | |
| **v.**           ) | |
|           ) | |
| **RICHARD ALLEN, Commissioner,**           ) | |
| Alabama Department of Corrections,           ) | |
|           ) | |
| **GRANTT CULLIVER, Warden,**           ) | |
| Holman Correctional Facility, and           ) | **Case No.: 2:07-cv-295-MEF-WC** |
|           ) | |
| **OTHER UNKNOWN EMPLOYEES**           ) | |
| **AND AGENTS,**           ) | |
| Alabama Department of Corrections,           ) | |
|           ) | |
| **Individually, and in their**           ) | |
| **official capacities,**           ) | |
|           ) | |
|     **Defendants.**           ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to each of the following:

    James Clayton Crenshaw, Esq.
    Office of the Attorney General
    11 South Union Street
    Montgomery, AL 36130
    Tel.: (334) 242-7300
    Fax: (334) 353-8440
    Email: ccrenshaw@ago.state.al.us

James William Davis, Esq.
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 242-7300
Fax: (334) 353-8440
Email: jimdavis@ago.state.al.us

Jasper Beroufon Roberts, Jr., Esq.
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 353-4848
Fax: (334) 353-3637
Email: jroberts@ago.state.al.us

Corey Landon Maze
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 353-4336
Fax: (334) 353-3637
Email: cmaze@ago.state.al.us


    Respectfully submitted,

    /s/ Anne E. Borelli
    ANNE E. BORELLI