```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602002471
Cashier ID: brobinso
Transaction Date: 12/28/2007
Payer Name: HOLMAN CORR FACILITY
-----------------------------------
PLRA CIVIL FILING FEE
 For: DANIAL LEE SIEBERT
 Case/Party: D-ALM-2-07-CV-000295-001
 Amount:         $33.00
-----------------------------------
CHECK
 Check/Money Order Num: 23019
 Amt Tendered:   $33.00
-----------------------------------
Total Due:       $33.00
Total Tendered:  $33.00
Change Amt:      $0.00
```