Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

January 14, 2008

**Appeal Number: 07-14956-P**
Case Style: Daniel Lee Siebert v. Richard Allen
District Court Number: 07-00295 CV-MEF-WC

CC:   Anne Borelli

CC:   Christine A. Freeman

CC:   Debra P. Hackett

CC:   Thomas Martele Goggans

CC:   J. Clayton Crenshaw

CC:   James W. Davis

CC:   Corey Landon Maze

CC:   Jasper Beroujon Roberts, Jr.

CC:   Administrative File

# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

January 14, 2008

For rules and forms visit
www.ca11.uscourts.gov

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 07-14956-P**
Case Style: Daniel Lee Siebert v. Richard Allen
District Court Number: 07-00295 CV-MEF-WC

---

The enclosed order has been entered on petition(s) for rehearing.

See Rule 41, Federal Rules of Appellate Procedure, and Eleventh Circuit Rule 41-1 for information regarding issuance and stay of mandate.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Joyce Pope (404) 335-6200/bmc

Encl.

REHG-1 (03-2004)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

```
       FILED
U.S. COURT OF APPEALS
  ELEVENTH CIRCUIT

    JAN 1 4 2008

   THOMAS K. KAHN
       CLERK
```

No. 07-14956-P

DANIEL LEE SIEBERT,

                                                        Plaintiff-Appellant,

versus

RICHARD ALLEN, Comissioner,
Alabama Department of Corrections,
individually and in his official capacity,
GRANTT CULLIVER, Warden, Holman
Correctional Facility, in his individual
and official capacity,

                                                        Defendants-Appellees.

On Appeal from the United States District Court for the
Middle District of Alabama

### ON PETITION(S) FOR REHEARING AND PETITION(S) FOR REHEARING EN BANC

Before: TJOFLAT, BARKET and WILSON, Circuit Judges.

PER CURIAM:

The Petition(s) for Rehearing are DENIED and no Judge in regular active service on the Court having requested that the Court be polled on rehearing en banc (Rule 35, Federal Rules of Appellate Procedure), the Petition(s) for Rehearing En Banc are DENIED.

ENTERED FOR THE COURT:

/s/ _____
UNITED STATES CIRCUIT JUDGE

ORD-42
(12/01)