```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003591
Cashier ID: brobinso
Transaction Date: 01/28/2008
Payer Name: HOLMAN CORR FACILITY
-----------------------------------
PLRA CIVIL FILING FEE
 For: DANIAL LEE SIEBERT
 Case/Party: D-ALM-2-07-CV-000295-001
 Amount:        $48.00
-----------------------------------
CHECK
 Check/Money Order Num: 23086
 Amt Tendered:  $48.00
-----------------------------------
Total Due:      $48.00
Total Tendered: $48.00
Change Amt:     $0.00
```