# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 22, 2008

# NOTICE OF ERROR

**To:** **All Counsel of Record**

**Case Style:** **Siebert v. Allen et al**

**Case Number:** **2:07-cv-00295-MEF**

**Referenced Pleading:** **Second Amended complaint**
**Docket Entry Number:** **101**

**The referenced pleading was filed on \*\*\*February 22, 2008\*\*\* in this case and
is hereby STRICKEN  pursuant to the Civil administrative procedures, as the motion to
amend has not yet been granted by the Court.**

**Parties are instructed to disregard #101 docketing entry, which has been stricken from the
record as a docketing error.**