IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL LEE SIEBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RICHARD ALLEN, Commissioner, ) | |
| Alabama Department of Corrections, ) | |
| ) | |
| GRANTT CULLIVER, Warden, ) | |
| Holman Correctional Facility, and ) | Case No.: 2:07-cv-295-MEF-WC |
| ) | |
| OTHER UNKNOWN EMPLOYEES ) | |
| AND AGENTS, ) | |
| Alabama Department of Corrections, ) | |
| ) | |
| Individually, and in their ) | |
| official capacities, ) | |
| ) | |
| Defendants. ) | |

**EXPEDITED PLAINTIFF'S MOTION
FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Daniel Lee Siebert, by and through undersigned counsel, pursuant to Rule 6(b), Federal Rules of Civil Procedure, hereby moves this Honorable Court for an enlargement of time to respond to the Defendants' Motion for Summary Judgment (Doc. # 99). Mr. Siebert requests sixty (60) days to respond from the date Defendants comply with a discovery request served on them today, March 3, 2008. Mr. Siebert requests an expedited ruling on this request. In support of this request, Mr. Siebert would show the following:

1

1. Defendants filed a Motion for Summary Judgment based on a statute of limitations defense to Mr. Siebert's general challenge to Alabama's lethal injection procedures on February 21, 2008. (Doc. # 99.)

2. This Court ordered a response from Mr. Siebert by March 7, 2008. (Doc. # 100.)

3. Initial disclosures were received from the Defendants on January 14, 2008. These documents are voluminous and are still being indexed.

4. Mr. Siebert, through counsel, has submitted a request for further discovery today, March 3, 2008.

5. Materials requested include documentation respecting adoption of the lethal injection protocol, such as how many versions have been employed since adoption in 2002, when revisions were undertaken, and the substance of those revisions.

6. Response to the Defendants' Motion for Summary Judgment will require submission of all discovery materials to Mr. Siebert's expert(s) to address the question of "substantial" change.

7. Therefore, Mr. Siebert cannot make a full response to the Defendants' Motion for Summary Judgment without the requested information or in the time now provided.

8. Furthermore, the issues respecting the statute of limitations are complex and require time to research fully.

9. This Court's scheduling order set July 11, 2008, as the deadline for dispositive

motions. (Doc. # 89.) Thus, the Defendants' Motion for Summary Judgment is premature.

10. The opinion upon which the Defendants rely, *McNair v. Allen*, — F.3d —, 2008 WL 227945 (11th Cir. Jan. 29, 2008), is still under review before the United States Supreme Court, awaiting submission of the petitioner's petition for writ of certiorari. The petition will be due on or about April 30, 2008. Thus, no final decision will be rendered in that case for some time.

11. Undersigned counsel has contacted opposing counsel in a good faith effort to resolve this request for an enlargement of time. Opposing counsel would not agree to any enlargement.

For the foregoing reasons, Mr. Siebert requests an enlargement of time from this Court to respond to the Defendants' Motion for Summary Judgment. Mr. Siebert requests sixty (60) days from receipt of discovery requested from the Defendants on today's date.

Dated: March 3, 2008.

        Respectfully submitted,

        /s/Anne E. Borelli
        ANNE E. BORELLI
        ASB-2419-A52B
        E-mail: anne_borelli_@fd.org

        Christine A. Freeman
        TN BAR NO.: 11892
        E-mail: Christine_Freeman@fd.org

Federal Defenders for the
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353

Thomas M. Goggans
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery, AL 361056
Phone: 334-834-2511
Fax: (334) 834-2512
E-mail: tgoggans@tgoggans.com

*Counsel for Daniel Lee Siebert, Plaintiff*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **DANIEL LEE SIEBERT,** ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **RICHARD ALLEN, Commissioner,** ) | |
| **Alabama Department of Corrections,** ) | |
| ) | |
| **GRANTT CULLIVER, Warden,** ) | |
| **Holman Correctional Facility, and** ) | Case No.: 2:07-cv-295-MEF-WC |
| ) | |
| **OTHER UNKNOWN EMPLOYEES** ) | |
| **AND AGENTS,** ) | |
| **Alabama Department of Corrections,** ) | |
| ) | |
| **Individually, and in their** ) | |
| **official capacities,** ) | |
| ) | |
|    **Defendants.** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that onMarch 3, 2008, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to each of the following:

   James Clayton Crenshaw, Esq.
   Office of the Attorney General
   11 South Union Street
   Montgomery, AL 36130
   Tel.: (334) 242-7300
   Fax: (334) 353-8440
   Email: ccrenshaw@ago.state.al.us

James William Davis, Esq.
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 242-7300
Fax: (334) 353-8440
Email: jimdavis@ago.state.al.us

Jasper Beroufon Roberts, Jr., Esq.
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 353-4848
Fax: (334) 353-3637
Email: jroberts@ago.state.al.us

Corey Landon Maze
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 353-4336
Fax: (334) 353-3637
Email: cmaze@ago.state.al.us


                          Respectfully submitted,

                          /s/ Anne E. Borelli
                          ANNE E. BORELLI