IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL LEE SIEBERT, | ) |
| PLAINTIFF, | ) ) ) |
| v. | ) CASE NO. 2:07-cv-295-MEF-WC |
| RICHARD ALLEN, et al, | ) ) ) |
| DEFENDANTS. | ) |

# **ORDER**

This cause is before the Court on the Expedited Plaintiff's Motion for an Enlargement of Time to Respond to the Defendants' Motion for Summary Judgment (Doc. # 106). It is hereby ORDERED that the motion is GRANTED in part and DENIED in part. It is further ORDERED that the deadline for Plaintiff's response to Defendants' Motion for Summary Judgment (Doc. # 99) is hereby extended from March 7, 2008 to June 9, 2008 and that the deadline for Defendants' reply is hereby extended from March 14, 2008 to June 23, 2008.

DONE this the 4th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE