IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL LEE SIEBERT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-295-MEF |
| ) | |
| RICHARD ALLEN, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the defendants' Objection and Motion to Strike plaintiff's Second Amended Complaint (Doc. #107) filed on March 4, 2008, it is hereby

ORDERED that the plaintiff file a response to defendants' objection on or before March 31, 2007.

It is further ORDERED that the plaintiff show cause in writing on or before March 31, 2008 as to why the Motion to Strike Plaintiff's Second Amended Complaint should not be granted.

DONE this the 10th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE