IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL LEE SIEBERT, | ) |
| PLAINTIFF, | ) ) ) |
| v. | ) CASE NO. 2:07-cv-295-MEF-WC |
| RICHARD ALLEN, et al, | ) ) ) |
| DEFENDANTS. | ) ) |

# **ORDER**

This cause is before the Court on a variety of motions. The Court has carefully considered all submissions in support of and in opposition to the motions addressed below, along with the applicable law. It is hereby ORDERED as follows:

1. Plaintiff's Motion for Permission to Amend the Complaint (Doc. # 102) is GRANTED and Plaintiff shall file his Second Amended Complaint by no later than March 31, 2008.

2. Defendants' Objection and Motion to Strike Siebert's Second Amended Complaint (Doc. # 107) is DENIED.

3. Defendants' Motion to Reconsider the Grant of Siebert's Motion for an Enlargement of Time is DENIED.

4. The Defendants' Motion for Summary Judgment (Doc. # 99) which addresses the claims as articulated in the Amended Complaint (Doc. # 21) is DENIED without prejudice.

Defendants may file a new motion for summary judgment directed at the claims as articulated in the Second Amended Complaint once Plaintiff formally files it.

    5. Nothing in this Order should be construed as a ruling on the substantive merits of any argument regarding the viability of any claim Plaintiff seeks to add by amending his complaint.

    DONE this the 25th day of March, 2008.

                                       /s/ Mark E. Fuller
                                CHIEF UNITED STATES DISTRICT JUDGE