IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| DANIEL LEE SIEBERT, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 2:07-cv-295-MEF-WC |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
|     Defendant. | ) |

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME
TO FILE EXPERT DISCLOSURES**

**COMES NOW** the Plaintiff, Daniel Lee Siebert, by and through undersigned counsel, and moves this Honorable Court for an extension of time to file expert disclosures in this case. In support of this motion, Mr. Siebert would show the following:

1. On December 7, 2007, this Court issued a Rule 26(f) scheduling order setting a deadline for expert disclosures by the Plaintiff on April 11, 2008. *See* (Doc. # 89).

2. With respect to his general challenge to the State of Alabama's lethal injection protocol, as of the date of this filing Mr. Siebert has received no disclosures related to the current, new protocol adopted on or about October 19, 2007, other than a heavily redacted version of the protocol itself.

3. On March 3, 2008, Mr. Siebert served a request for production on the Defendants specifically asking for more information about the new protocol. Mr. Siebert anticipates that requests for additional depositions and answers to interrogatories, beyond

1

those produced in prior parallel litigation challenging the immediately preceding protocol, may be necessary following disclosure of the requested information.

4. Without the additional requested information, Mr. Siebert cannot submit an expert report addressed to the new protocol.

5. Additionally, with respect to the specific challenge based on Mr. Siebert's physical condition, Mr. Siebert would avise the Court that significant changes take place in Mr. Siebert's condition from month to month. On information and belief, Mr. Siebert has recently developed numerous large tumors spreading to various parts of his body. The blockage in Mr. Siebert's digestive system resulting from the mass on his pancreas presently makes it difficult for him to stand or to sit for extended periods of time. Over the past several weeks, Mr. Siebert has had difficulty eating, typically vomits more than once a day, has lost twelve pounds in approximately the last week, and suffered a burst blood vessel in his neck on or about March 27, 2008, presumably as a result of the strain of throwing up frequently. Because of these increasingly severe symptoms, any expert report submitted by April 11, 2008, seven months before trial, would have to be significantly revised as the date of trial approaches.

6. Furthermore, Mr. Siebert does not have available to him and his experts information on his present condition sufficient to render an expert opinion. For example, on information and belief, Mr. Siebert was taken to North Baldwin Hospital sometime in early to mid March and was examined there by Dr. Travis Paul. Dr. Paul ordered a CT scan and

CA19-9. The CT scan shows cancerous lesions spreading to the liver. *See* Exhibit A (record obtained from Atmore Community Hospital). On information and belief, the CA19-9 was not performed at that time as ordered. Counsel for Mr. Siebert has requested updates to his medical records from the Defendants, but has not yet received them. Therefore, counsel for Mr. Siebert cannot know whether the CA19-9 has been performed yet. Mr. Siebert's oncological expert has indicated that a CA19-9 is necessary to his assessment of Mr. Siebert's current condition.

**WHEREFORE**, for the reasons stated above, Mr. Siebert respectfully requests that this Honorable Court reset the deadline for the Plaintiff's expert disclosures to a time closer to trial, preferably 90 days before trial. *See*, *e.g.*, Rule 26(a)(2)(C)(i), Fed. R. Civ. P. Dated this the 3rd day of April 2008.

Respectfully submitted,

/s/Anne E. Borelli
ANNE E. BORELLI
ASB-2419-A52B
E-mail:anne_borelli_@fd.org

Christine A. Freeman
TN BAR NO.: 11892
E-mail: Christine_Freeman@fd.org

Federal Defenders
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353

Thomas M. Goggans
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery, AL 361056
Phone: 334-834-2511
Fax: (334) 834-2512
E-mail: tgoggans@tgoggans.com

*Counsel for Daniel Lee Siebert, Plaintiff*

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **DANIEL LEE SIEBERT,** ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **RICHARD ALLEN, Commissioner,** ) | |
| **Alabama Department of Corrections,** ) | |
| ) | |
| **GRANTT CULLIVER, Warden,** ) | |
| **Holman Correctional Facility, and** ) | Case No.: 2:07-cv-295-MEF-WC |
| ) | |
| **OTHER UNKNOWN EMPLOYEES** ) | |
| **AND AGENTS,** ) | |
| **Alabama Department of Corrections,** ) | |
| ) | |
| **Individually, and in their** ) | |
| **official capacities,** ) | |
| ) | |
|    **Defendants.** ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2008, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to each of the following:

   James Clayton Crenshaw, Esq.
   Office of the Attorney General
   11 South Union Street
   Montgomery, AL 36130
   Tel.: (334) 242-7300
   Fax: (334) 353-8440
   Email: ccrenshaw@ago.state.al.us

James William Davis, Esq.
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 242-7300
Fax: (334) 353-8440
Email: jimdavis@ago.state.al.us

Jasper Beroufon Roberts, Jr., Esq.
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 353-4848
Fax: (334) 353-3637
Email: jroberts@ago.state.al.us

Corey Landon Maze
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Tel.: (334) 353-4336
Fax: (334) 353-3637
Email: cmaze@ago.state.al.us

                                 Respectfully submitted,

                                 /s/ Anne E. Borelli
                                 ANNE E. BORELLI

# EXHIBIT A

## ATMORE COMMUNITY HOSPITAL
## X-RAY REPORT

| SIEBERT, DANIEL | OP | 480043 | Dr. Barnes |
|---|---|---|---|
| Name of Patient | Room Number | Hospital Number | Attending Physician |

Patient Age:  53
X-Ray#:   30427
Date:    3-13-08

---

CT ABDOMEN WITHOUT AND WITH IV CONTRAST:
  History:  Pancreatic cancer. Gallstones.

The imaged lungs are normal. There are two hazy areas of decreased density in the right lobe and with contrast these are much lower in density than the opacified liver parenchyma. There are actually several other low density lesions in the right lobe. A delayed study did not show filling in of any of these lesions. They are not seen in the study from 6-7-07. These are most likely metastatic lesions from carcinoma of the uncinate process of the pancreas. Patient has a biliary and pancreatic duct stent in place. The uncinate process mass does not appear to have grown appreciatively, measuring 4.7 cm. in this study as opposed to measuring around 5 cm. in the previous exam. There are a number of small nodules seen in the base of the mesentery and paraaortic region and these must be considered to be involved lymph nodes although none are enlarged enough to be considered to be secondary to metastatic disease.

IMPRESSION:  The liver has developed multiple metastatic lesions since the study of 6-7-07. The largest measures about 5.6 cm. The mass in the uncinate process of the pancreas does not appear larger than seen in the previous study.

                                                LARRY ARCEMENT, M.D.

LA/rmw
D: 03-13-08   10:34
T: 03-13-08   12:59
Date mailed to physician: 03-13-08