IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL LEE SIEBERT, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>RICHARD ALLEN, *et al.,* )<br>)<br>Defendants. ) | CASE NO. 2:07-cv-295-MEF |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Extension of Time (Doc. #115) filed on April 3, 2008, it is hereby

ORDERED that the motion is GRANTED in part and DENIED in part. The deadline for plaintiff's disclosures set in Section 8 of the Uniform Scheduling Order is extended from April 11, 2008 to June 6, 2008. The deadline for defendant's disclosures set in Section 8 of the Uniform Scheduling Order is extended from May 12, 2008 to July 11, 2008.

DONE this the 10th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE