IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL LEE SIEBERT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-295-MEF |
| ) | |
| RICHARD ALLEN, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the defendants' Motion for Summary Judgment (Doc. #118) filed on April 7, 2008, it is hereby

ORDERED that the motion be submitted without oral argument on June 23, 2008.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before June 9, 2008. The defendants may file a reply brief on or before June 23, 2008.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this 10th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE