IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL LEE SIEBERT, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| v. | )   CASE NO. 2:07-cv-295-MEF-WC |
| | ) |
| RICHARD ALLEN, et al, | ) |
| | ) |
|     DEFENDANTS. | ) |

# **ORDER**

Prior to this date, the Court was informed that Plaintiff has died. Accordingly, it is hereby ORDERED as follows:

1. Defendants's[sic] Motion for Summary Judgment (Doc. # 118) is DENIED as MOOT.

2. On or before **May 30, 2008**, the parties shall file with the Court a copy of the death certificate for Plaintiff.

3. All claims in this action which sought only injunctive relief for Plaintiff. In the Court's view, all claims for relief are extinguished by the death of the Plaintiff. Absent the articulation of a legal basis for another course of action, it is the intention of the Court to dismiss this action once a copy of the death certificate for Plaintiff is filed.

DONE this the 30th day of April, 2008.

                                                                 /s/ Mark E. Fuller
                                            CHIEF UNITED STATES DISTRICT JUDGE