IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL LEE SIEBERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:07-cv-295-MEF-WC |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' NOTICE OF FILING**

The defendants hereby file a copy of the death certificate for Daniel Siebert that was issued on May 8, 2008.  *See Exhibit A.*

>Respectfully submitted,
>
>Troy King (KIN047)
>*Alabama Attorney General*
>
>***s/  J. Clayton Crenshaw***
>J. Clayton Crenshaw  (CRE007)
>*Assistant Attorney General*
>
>Office of the Attorney General
>Alabama State House
>11 South Union Street
>Montgomery, AL  36130
>Telephone:  334.242.7300
>Fax:  334.353.3637
>Email: ccrenshaw@ago.state.al.us

**CERTIFICATE OF SERVICE**

This is to certify that on the 13th day of May, 2008, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following: **Anne E. Borelli and Thomas M. Goggans.**

*s/ J. Clayton Crenshaw*
J. Clayton Crenshaw  (CRE007)
*Assistant Attorney General*

ADDRESS OF COUNSEL:

Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL  36130
Telephone:  334.242.7300
Fax:  334.353.3637
Email: ccrenshaw@ago.state.al.us

# EXHIBIT A

# ALABAMA
## CERTIFICATE OF DEATH

TYPE IN PERMANENT BLACK INK. DO NOT USE GREEN, RED, OR BLUE INK.

County File Number —

State File Number **101**

| Field | Value |
|---|---|
| 1. DECEASED—NAME (First Middle Last) | Danny Lee SIEBERT |
| 2. DATE OF DEATH (Month, Day, Year) | April 22, 2008 |
| 3. COUNTY OF DEATH | Escambia |
| 4. CITY, TOWN, OR LOCATION OF DEATH AND ZIP CODE | Atmore 36502- |
| 5. INSIDE CITY LIMITS | No |
| 6. PLACE OF DEATH—HOSPITAL OR OTHER INSTITUTION | Holman Prison |
| 7. IF HOSPITAL | |
| 8. OF HISPANIC ORIGIN | No |
| 9. RACE | White |
| 10. SEX | Male |
| 11. AGE | 53 YRS. |
| 13. DATE OF BIRTH | June 7, 1954 |
| 14. DECEASED'S SOCIAL SECURITY NUMBER | 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 |
| 15. EDUCATION — Elementary or High School (0-12) | 10 |
| 16. MARITAL STATUS | Divorced |
| 18. Was Decedent ever in Armed Forces? | Yes |
| 19. STATE OF BIRTH | Illinois |
| 20. RESIDENCE—STATE | Alabama |
| 21. COUNTY | Escambia |
| 22. CITY, TOWN, OR LOCATION AND ZIP CODE | Atmore 36502- |
| 23. INSIDE CITY LIMITS | No |
| 24. STREET AND NUMBER | Holman Prison |
| 25. INFORMANT—Name and Address | Dorothy Marlow, 301 North 22nd Street Mattoon, IL 61938- |
| 26. USUAL OCCUPATION | Artist |
| 27. KIND OF BUSINESS OR INDUSTRY | Self Employed |
| 28. FATHER—NAME | Erwin Siebert |
| 29. MAIDEN NAME OF MOTHER | Dorothy Richards |
| 30. DISPOSITION OF BODY | Cremation |
| 31. DATE OF DISPOSITION | Apr 29, 2008 |
| 32. CEMETERY OR CREMATORY—Name | Wolfe-Bayview Crematory |
| 33. LOCATION | Fairhope, Alabama |
| 34. FUNERAL HOME—Name and Address | Wolfe-Bayview Funeral Homes & Crematory, 19698 Greeno Road, Fairhope, AL 36532- |
| 36. DATE SIGNED BY FUNERAL DIRECTOR | 04/30/2008 |
| 37. Certifying Physician / Medical Examiner / Coroner | ✓ Medical Examiner |
| 38. DATE SIGNED | 5/8/08 |
| 39. TIME AND DATE OF DEATH | 1:35PM 4/22/08 |
| 40. DATE AND TIME PRONOUNCED DEAD | 4/22/08 1:35PM |
| 41. NAME AND TITLE OF PERSON WHO COMPLETED CAUSE OF DEATH | J. Daniel Raulerson, M.D. |
| 42. ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH | 1205 Belleville Ave. Brewton, AL 36426 |
| 43. CERTIFIER LICENSE NUMBER | 8982 |

## MEDICAL CERTIFICATION

46. PART I. Enter the diseases, injuries, or complications that caused the death.

IMMEDIATE CAUSE (Final disease or condition resulting in death) → a. Cancer of the pancreas, metastatic

DUE TO (OR AS A CONSEQUENCE OF):
b.
c.
d.

47. PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.
Unknown

48. WAS THERE A PREGNANCY IN LAST 12 DAYS? N/A

49. MANNER OF DEATH: Natural Cause

50. AUTOPSY: Yes

52. HOW INJURY OCCURRED:
53. DATE OF INJURY:
54. HOUR OF INJURY: M

This is a legal record and must be filed within five (5) days after death.

ADPH-HS 2/Rev. 11-99